UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO, | No. CIV. S-11-0754 FCD EFB |
| Plaintiff, | |
| v. | |
| TUOLUMNE FIRE DISTRICT, aka TUOLUMNE FIRE PROTECTION DISTRICT, JOSEPH TURNER, DARLENE HUTCHINS, KENNETH HOCKETT, and BRIAN MACHADO, | **RELATED CASE ORDER** |
| Defendants. / | |
| NICHOLAS HART, | No. CIV. S-11-0812 MCE GGH |
| Plaintiff, | |
| v. | |
| TUOLUMNE FIRE DISTRICT, aka TUOLUMNE FIRE PROTECTION DISTRICT, JOSEPH TURNER, TONEY POWERS, KENNETH HOCKETT, and BRIAN MACHADO, | |
| Defendants. / | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the

1  same questions of law, and would therefore entail a substantial duplication of labor if heard by
2  different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
3  a substantial savings of judicial effort and is also likely to be convenient for the parties.

4       The parties should be aware that relating the cases under Local Rule 123 merely has the
5  result that these actions are assigned to the same judge; no consolidation of the actions is
6  effected.  Under the regular practice of this court, related cases are generally assigned to the
7  judge and magistrate judge to whom the first filed action was assigned.

8       IT IS THEREFORE ORDERED that the action denominated CIV. S-11-0812 MCE GGH
9  is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan
10 for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby
11 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
12 as: **CIV. S-11-0812 FCD EFB**.

13      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
14 assignment of civil cases to compensate for this reassignment.

15      IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status
16 Report for the undersigned.

17      IT IS SO ORDERED.
18 DATED: March 28, 2011

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE