UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BENJAMIN C. OYARZO,<br><br>        Plaintiff,<br>  vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, and DOES 1 THROUGH 25, Inclusive,<br><br>        Defendants. | **1:11-cv-01271-LJO-DLB**<br><br>**ORDER CONSOLIDATING CASES** |

    The Court having considered the parties' Stipulation to Consolidate Cases and finding good cause, hereby orders as follows:

    1) *Oyarzo v. Tuolumne Fire District, et al.*, 1:11-cv-01271 will be consolidated with *Hart v. Tuolumne Fire District*, *et al.,* 1:11-cv-01272 into one action. The full title of the action will be as follows:

////

*Benjamin Oyarzo and Nicholas Hart v. Tuolumne Fire District, Joseph Turner, in his individual and official capacities, Kenneth Hockett in his individual and official capacities, Brian Machado in his individual and official capacities, Darlene Hutchins in her individual and official capacities, and Toney Powers in his individual and official capacities*, 1:11-cv-01271-LJO-DLB.

2) Plaintiffs Benjamin Oyarzo and Nicholas Hart shall file an amended complaint in the consolidated action no later than September 19, 2011.

3) Defendants' Motion to Dismiss *Oyarzo v. Tuolumne Fire District, et al.*, 1:11-cv-01271-LJO-DLB is withdrawn without prejudice to Defendants' ability to file a motion to dismiss the amended complaint in the consolidated action.

4)  Case No. CV F 11-1271 LJO DLB will be the lead case, and the clerk is directed to close Case No. CV F 11-1272 LJO DLB.

IT IS SO ORDERED.

Dated:   **September 2, 2011**          **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE