SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
NINA MONTOYA (State Bar No. 237419)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiffs*

MAYALL HURLEY, P.C.
J. ANTHONY ABBOTT (State Bar No. 83975)
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207
Telephone: 209.477.3833
Facsimile: 209.473.4818
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO, NICHOLAS HART,<br><br>Plaintiffs,<br>vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, TONEY POWERS, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>Defendants. | **1:11-cv-01271-LJO-DLB**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER; ORDER**<br><br>Courtroom:  4<br>Judge:  Hon. Lawrence J. O'Neill<br><br>Action Filed: March 8, 2011<br>Trial Date:  None |

   IT IS HEREBY AGREED AND STIPULATED between Benjamin Oyarzo and Nicholas Hart, by and through their attorney Shannon M. Seibert of SEIBERT & BAUTISTA, and Tuolumne

1
_____
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Fire District, Joseph Turner, Kenneth Hockett, Brian Machado, Darlene Hutchins, and Toney Powers, by and through their attorney, J. Anthony Abbott of MAYALL HURLEY, that the time for defendant to answer the amended complaint will be extended two weeks to allow defendants to speak with the members of the Tuolumne Dire District Board of Directors and obtain sufficient information to be able to answer the amended complaint.  The parties agree to this extension with the understanding that the extension is provided only for the filing of a responsive pleading in the form of an answer. The answer will be served and filed with the Court no later than October 25, 2011.

  The parties request that the Court enter an order approving this Stipulation.

DATED: October 11, 2011         SEIBERT & BAUTISTA


                 BY: _/s/ Shannon Seibert_____
                    Shannon Seibert
                    Attorneys for Plaintiff

DATED: October 11, 2011         MAYALL HURLEY


                 BY: _/s/ J. Anthony Abbott_____
                    J. Anthony Abbott
                    Attorneys for Defendants

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

**O R D E R**

Defendants' answer shall be filed with the Court no later than October 25, 2011.

IT IS SO ORDERED.

Dated:   **October 11, 2011**              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE