UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>            Plaintiffs,<br>    vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>            Defendants. | 1:11-CV-01271-LJO-SAB<br><br>**ORDER CONTINUING EARLY SETTLEMENT CONFERENCE** |

The Court having considered the parties' Stipulation to Continue Early Settlement Conference has agreed to continue the Settlement Conference date from February 20, 2013 to **March 6, 2013 at 2:00 pm**. in Courtroom No. 9.

IT IS SO ORDERED.

Dated:  **February 8, 2013**             **/s/ Stanley A. Boone**
                                                         UNITED STATES MAGISTRATE JUDGE

1