# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO, et al., | CASE NO. 1:11-cv-01271-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR DEFENDANTS TO FILE A FIRST AMENDED ANSWER (ECF No. 57) |
| v. | |
| TUOLUMNE FIRE DISTRICT, et al., | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO AMEND THE COMPLAINT (ECF No. 56) |
| Defendants. | |

On March 13, 2013, Defendants filed a motion for leave to file an amended answer to the complaint. On March 15, 2013, Plaintiffs filed a motion to compel Defendants' responses to discovery requests and a motion to amend the complaint. On April 4, 2013, Plaintiffs filed a notice of withdrawal of the motion to file an amended complaint and stipulation for Defendants to file an amended answer. Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that:

1. Within seven (7) days from the date of service of this order, Defendants shall file their first amended answer to the complaint, attached as Exhibit A to the stipulation of the parties;

2. Defendants' motion to file an amended answer is withdrawn;

3. Plaintiff's notice of withdrawal of the motion to amend the complaint is granted;

///
///
///

4. Plaintiff's motion to amend the complaint is withdrawn; and

5. The hearing set for April 17, 2013, at 9:30 a.m. in Courtroom 9 shall remain for Plaintiff's motion to compel.

IT IS SO ORDERED.

Dated: **April 8, 2013**

UNITED STATES MAGISTRATE JUDGE