**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendants,
TUOLUMNE FIRE DISTRICT, JOSEPH TURNER,
DARLENE HUTCHINS, KENNETH HOCKETT,
And BRIAN MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| **BENJAMIN C. OYARZO AND NICHOLAS HART,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, , BRIAN MACHADO, in his individual and official capacities, TONEY POWERS, in his official and official capacities, and DOES 1 through 20, inclusive,**<br><br>    **Defendants.** | Case No: 1:11-cv-01271-LJO-SAB<br><br>**STIPULATION TO DISMISS DEFENDANT BRIAN MACHADO; ORDER** |

Plaintiffs BENJAMIN C. OYARZO and NICHOLAS HART, and defendant BRIAN MACHADO, by and between their respective attorneys of record, hereby agree and stipulate as follows:

1. The Amended Complaint of plaintiffs BENJAMIN C. OYARZO and NICHOLAS HART shall be dismissed with prejudice as to defendant BRIAN MACHADO only.

2. Defendant BRIAN MACHADO waives any and all rights he may have to recover

Page 1
Stipulation To Dismiss Defendant Brian Machado

attorney's fees or costs of suit incurred in the defense of this matter from plaintiffs BENJAMIN C. OYARZO or NICHOLAS HART.

3. Plaintiffs BENJAMIN C. OYARZO and NICHOLAS HART, and defendant BRIAN MACHADO shall execute a mutual general release of all claims.

4. Defendant BRIAN MACHADO agrees to accept service by mail on his present counsel of record of a trial subpoena issued by counsel for BENJAMIN C. OYARZO and NICHOLAS HART.

5. The court may retain jurisdiction for purposes of enforcing this stipulation and order.

DATED: April 18, 2013           SEIBERT & BAUTISTA

                                By   /s/ Shannon Seibert_____
                                SHANNON SEIBERT, Attorney for Plaintffs

DATED: April 18, 2013           MAYALL HURLEY, P.C.

                                By      /s/ J. Anthony  Abbott_____
                                J. ANTHONY ABBOTT, Attorney for Defendants

## ORDER

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED:

1. The Amended Complaint of plaintiffs BENJAMIN C. OYARZO and NICHOLAS HART be and is hereby dismissed with prejudice as to defendant BRIAN MACHADO only.

2. Defendant BRIAN MACHADO shall not recover attorney's fees or costs of suit incurred in the defense of this matter from plaintiffs BENJAMIN C. OYARZO or NICHOLAS HART.

3. Plaintiffs BENJAMIN C. OYARZO and NICHOLAS HART, and defendant BRIAN MACHADO shall execute a mutual general release of all claims.

4. Defendant BRIAN MACHADO shall accept service by mail on his present counsel of record of a trial subpoena issued by counsel for BENJAMIN C. OYARZO and NICHOLAS HART.

5. The court retains jurisdiction for purposes of enforcing this stipulation and order.

IT IS SO ORDERED.

Dated:   **April 18, 2013**                          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE