**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendants,
TUOLUMNE FIRE DISTRICT, JOSEPH TURNER,
DARLENE HUTCHINS, KENNETH HOCKETT,
And BRIAN MACHADO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| BENJAMIN C. OYARZO AND NICHOLAS HART,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, , BRIAN MACHADO, in his individual and official capacities, TONEY POWERS, in his official and official capacities, and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No: 1:11-cv-01271-LJO-SAB<br><br>**STIPULATION RE: SETTLEMENT OF PLAINTIFF NICHOLAS HART'S FIRST CAUSE OF ACTION; ORDER** |

　　　Plaintiff NICHOLAS HART, and defendant TUOLUMNE FIRE DISTRICT, by and between their respective attorneys of record, hereby agree and stipulate as follows:

　　　1.　　Plaintiff NICHOLAS HART'S First Cause of Action of the Amended Complaint For Damages And Injunctive Relief, Fair Labor Standards Act, 29 U.S.C. Section 201 et. seq., of shall be dismissed with prejudice.

---

Page 1
Stipulation Re:  Settlement Of Plaintiff Nicholas Hart's First Cause Of Action; Order

2. Defendant TUOLUMNE FIRE DISTRICT shall pay to plaintiff NICHOLAS HART and his attorneys of record, in full settlement of his said First Cause of Action, the total sum of Sixteen Thousand Eight Hundred Dollars ($16,800.00), no later than May 13, 2013, payable as follows:

    A. Six Thousand Eight Hundred Dollars ($6,800.00) to NICHOLAS HART, for the pay period January 1, 2013, to December 31, 2013, from which standard withholding based on $6,800 total gross wages earned in calendar year 2013 shall be taken, and as to which standard employer contributions shall be made.

    B. Ten Thousand Dollars ($10,000.00) to Seibert & Bautista, as and for attorney's fees and costs of suit associated with NICHOLAS HART's First Cause of Action.

3. Except as provided herein, plaintiff NICHOLAS HART and defendant TUOLUMNE FIRE DISTRICT shall each pay his/its own attorney's fees and costs associated with NICHOLAS HART's First Cause of Action.

4. The court may retain jurisdiction for purposes of enforcing this stipulation and order.

DATED:  May 1, 2013                               SEIBERT & BAUTISTA

                                            By__/s/ Shannon Seibert_____
                                            SHANNON SEIBERT, Attorney for Plaintiffs

DATED:  May 1, 2013                               MAYALL HURLEY, P.C.

                                            By____/s/ J. Anthony  Abbott_____
                                            J. ANTHONY ABBOTT, Attorney for Defendants

### **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor, IT IS ORDERED:

1. That plaintiff NICHOLAS HART'S First Cause of Action of the Amended Complaint For Damages And Injunctive Relief, Fair Labor Standards Act, 29 U.S.C. Section 201 et. seq., be and is hereby dismissed with prejudice.

2. Defendant TUOLUMNE FIRE DISTRICT shall pay to plaintiff NICHOLAS HART and his attorneys of record, in full settlement of his said First Cause of Action, the total sum of Sixteen Thousand Eight Hundred Dollars ($16,800.00), no later than May 13, 2013, payable as follows:

    A. Six Thousand Eight Hundred Dollars ($6,800.00) to NICHOLAS HART, for the pay period January 1, 2013, to December 31, 2013, from which standard withholding based on $6,800 total gross wages earned in calendar year 2013 shall be taken, and as to which standard employer contributions shall be made.

    B. Ten Thousand Dollars ($10,000.00) to Seibert & Bautista, as and for attorney's fees and costs of suit associated with NICHOLAS HART's First Cause of Action.

3. Except as provided herein, plaintiff NICHOLAS HART and defendant TUOLUMNE FIRE DISTRICT shall each pay his/its own attorney's fees and costs associated with NICHOLAS HART's First Cause of Action.

4. The court retains jurisdiction for purposes of enforcing this stipulation and order.

IT IS SO ORDERED.

Dated:   **May 3, 2013**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE