SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiffs*

MAYALL HURLEY
A Professional Corporation
J. ANTHONY ABBOTT (State Bar No. 83975)
JOHANNE C. MEDINA (State Bar No. 258973)
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207
Telephone: 209.477.3833
Facsimile: 209.473.4818
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>                    Defendants. | **2:11-CV-01271-LJO-SAB**<br><br>**STIPULATION RE FILING DATES FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLIES**<br><br>[Consolidated Action: 1:11-cv-01272-LJO-DLB] |

1

IT IS HEREBY AGREED AND STIPULATED between Benjamin C. Oyarzo and Nicholas Hart, by and through their attorney, Shannon Seibert of Seibert & Bautista, and Defendants TFD, Joseph Turner, Darlene Hutchins, Kenneth Hockett, and Brian Machado, by and through their attorney, J. Anthony Abbott of Mayall Hurley, A Professional Corporation, as follows:

1.  The date by which Plaintiffs must file their opposition to Defendant Toney Powers' Motion for Summary Judgment is extended to May 9, 2013;

2.  The date by which Plaintiffs must file their opposition to Defendant Kenneth Hockett's Motion for Summary Judgment is extended to May 14, 2013;

3.  The date by which Defendant Toney Powers must file his reply to Plaintiffs' opposition is extended to May 16, 2013;

4.  The date by which Defendant Kenneth Hockett must file his reply to Plaintiffs' opposition is extended to May 24, 2013;

5.  The date by which Plaintiffs must file their opposition to Defendant Darlene Hutchins' and Defendant Joseph Turner's Motion for Summary Judgment remains as currently scheduled, May 14, 2013;

6.  The date by which Defendants Darlene Hutchins and Joseph Turner must file their replies to Plaintiffs' oppositions is extended to May 24, 2013;

7.  The date by which Plaintiffs must file their oppositions to Defendant Tuolumne Fire Districts' Motions for Summary Judgment remains as currently scheduled, May 21, 2013;

8.  The date by which Defendant TFD must file its reply to Plaintiffs' oppositions remains as currently scheduled, May 28, 2013;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

////
////
////
////
////
////

2

DATED: May 6, 2013                          SEIBERT & BAUTISTA


                                            BY:   /s/ Shannon Seibert
                                                  Shannon Seibert
                                                  Attorneys for Plaintiff

DATED: May 6, 2013                          MAYALL, HURLEY, P.C.


                                            BY:   /s/ J. Anthony Abbott
                                                  J. Anthony Abbott
                                                  Attorneys for Defendants

**ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,


IT IS SO ORDERED.

Dated:   **May 6, 2013**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE