SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiffs*

MAYALL HURLEY
A Professional Corporation
J. ANTHONY ABBOTT (State Bar No. 83975)
JOHANNE C. MEDINA (State Bar No. 258973)
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207
Telephone: 209.477.3833
Facsimile: 209.473.4818
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>          Plaintiffs,<br>     vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>          Defendants. | **2:11-CV-01271-LJO-SAB**<br><br>**STIPULATION RE FILING DATES FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO ALLOW FOR CONSOLIDATION OF PLAINTIFFS' OPPOSITIONS**<br><br>[Consolidated Action: 1:11-cv-01272-LJO-DLB] |

IT IS HEREBY AGREED AND STIPULATED between Benjamin C. Oyarzo and Nicholas Hart, by and through their attorney, Shannon Seibert of Seibert & Bautista, and Defendants TFD, Joseph Turner, Darlene Hutchins, Kenneth Hockett, and Brian Machado, by and through their attorney, J. Anthony Abbott of Mayall Hurley, A Professional Corporation, as follows:

1. The date by which Plaintiffs must file their opposition to Kenneth Hockett's, Darlene Hutchins', and Joseph Turner's motions for summary judgment is extended to May 16, 2013;
2. Plaintiffs will file one consolidated opposition not to exceed 50 pages to Kenneth Hockett's, Darlene Hutchins', and Joseph Turner's motions for summary judgment;
3. Plaintiffs will file one consolidated Response to the Separate Statements of Undisputed Facts filed by Kenneth Hockett, Darlene Hutchins, and Joseph Turner;
4. The date by which Plaintiffs must file their oppositions to Defendant Tuolumne Fire Districts' motions for summary judgment is extended to May 23, 2013;
5. The date by which Defendant TFD must file its replies to Plaintiffs' oppositions is extended to May 31, 2013;
6. All other deadlines for filing of oppositions and replies remain as previously stipulated to by the parties and ordered by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 14, 2013                             SEIBERT & BAUTISTA

                                                BY:  /s/ Shannon Seibert
                                                     Shannon Seibert
                                                     Attorneys for Plaintiff

DATED: May 14, 2013                             MAYALL, HURLEY, P.C.

                                                BY:  /s/ J. Anthony Abbott
                                                     J. Anthony Abbott
                                                     Attorneys for Defendants

////

////

Stipulation re Filing Dates of Filing Plaintiffs' Oppositions and Defendants' Replies

## **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:   **May 14, 2013**                                **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE