SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiffs*

MAYALL HURLEY
A Professional Corporation
J. ANTHONY ABBOTT (State Bar No. 83975)
JOHANNE C. MEDINA (State Bar No. 258973)
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207
Telephone: 209.477.3833
Facsimile: 209.473.4818
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>　　　　　Defendants. | **1:11-CV-01271-LJO-SAB**<br><br>**STIPULATION RE CONSOLIDATION OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT TFD'S MOTIONS FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT AND HOCKETT'S, HUTCHINS', AND TURNER'S REPLIES TO PLAINTIFFS PREVIOUSLY FILED OPPOSITIONS**<br><br>[Consolidated Action: 1:11-cv-01272-LJO-DLB] |

1

IT IS HEREBY AGREED AND STIPULATED between Benjamin C. Oyarzo and Nicholas Hart, by and through their attorney, Shannon Seibert of Seibert & Bautista, and Defendants TFD, Joseph Turner, Darlene Hutchins, Kenneth Hockett, and Brian Machado, by and through their attorney, J. Anthony Abbott of Mayall Hurley, A Professional Corporation, as follows:

1. Defendants Kenneth Hockett, Darlene Hutchins, and Joseph Turner will file one consolidated Reply not to exceed 25 pages to Plaintiffs' Consolidated Opposition to Kenneth Hockett's, Darlene Hutchins', and Joseph Turner's Motions for Summary Judgment;

2. Plaintiffs Benjamin C. Oyarzo and Nicholas Hart will file one consolidated Opposition not to exceed 50 pages to Defendant TFD's Motions for Summary Judgment filed separately against each individual Plaintiff;

3. Plaintiffs will file one consolidated Response to the Separate Statements of Undisputed Facts filed by Defendant TFD against each individual Plaintiff;

4. All deadlines for filing of oppositions and replies remain as previously stipulated to by the parties and ordered by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 20, 2013                                        SEIBERT & BAUTISTA

                                                           BY:  /s/ Shannon Seibert
                                                                Shannon Seibert
                                                                Attorneys for Plaintiff

DATED: May 20, 2013                                        MAYALL, HURLEY, P.C.

                                                           BY:  /s/ J. Anthony Abbott
                                                                J. Anthony Abbott
                                                                Attorneys for Defendants

////
////
////
////

**ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS SO ORDERED.
Dated:  May 20, 2013

                                            /s/ Lawrence J. O'Neill
                                            United States District Judge