MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
J. ANTHONY ABBOTT, ESQ.
CA State Bar No. 083975
JOHANNE C. MEDINA, ESQ.
CA State Bar No. 258973

Attorneys for Defendants,
TUOLUMNE FIRE DISTRICT, JOSEPH TURNER,
DARLENE HUTCHINS, KENNETH HOCKETT,
And BRIAN MACHADO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| BENJAMIN C. OYARZO AND NICHOLAS HART,<br><br>    Plaintiff,<br><br>vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, , BRIAN MACHADO, in his individual and official capacities, TONEY POWERS, in his official and official capacities, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: 1:11-cv-01271-LJO-SAB<br><br>**STIPULATION RE CONSOLIDATION OF DEFENDANT TUOLUMNE FIRE DISTRICTS' REPLY TO PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANT TUOLUMNE FIRE DISTRICTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT; ORDER** |

It is hereby stipulated between defendant, Tuolumne Fire District (TFD), by and through its attorney, J. Anthony Abbott and plaintiffs, Benjamin Oyarzo (OYARZO) and Nicholas Hart (HART), by and through their attorney, Shannon Seibert, that defendant TFD will file a Consolidated Reply not to exceed 25 pages to plaintiffs, OYARZO and HART's Consolidated Opposition to TFD's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

DATED:  May 28, 2013                        SEIBERT & BAUTISTA


                                            By__/s/ Shannon Seibert_____
                                            SHANNON SEIBERT, Attorney for Plaintffs


DATED:  May 28, 2013                        MAYALL HURLEY, P.C.


                                            By_____/s/ J. Anthony  Abbott_____
                                            J. ANTHONY ABBOTT, Attorney for Defendants



## **ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED.


DATED: May 28, 2013

                                Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE

---