# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>**Plaintiffs,**<br><br>v.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, TONEY POWERS, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive<br><br>**Defendants.** | 1:11-CV-01271 LJO SAB<br><br>**ORDER RE PLAINTIFFS' OBJECTIONS TO EVIDENCE (Doc. 105)** |

Yesterday, the Court issued a comprehensive Memorandum Decision and Order addressing six defense motions for summary judgment. (Doc. 107.) The final reply in connection with those motions was filed May 31, 2013. (Doc. 95.) On July 1, 2013, Plaintiffs filed objections to evidence submitted by Defendants in connection with their motions. (Doc. 105.) Plaintiffs failed to warn the Court that it planned to file further objections and offered no explanation for the fact that the objections were filed more than a month after the final reply was due.[1] The Court would be well justified in refusing to consider the objections. However, in an abundance of caution, the Court has reviewed the objections and finds that they would not change the reasoning or outcome of the July 1, 2013 Memorandum Decision and Order.

IT IS SO ORDERED.

Dated:  **July 2, 2013**                          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court requested supplemental briefing on two issues. The final brief in response to those requests was filed June 20, 2013, but none of the responses thereto presented additional evidence that would have justified late-filed objections.

1