1

MAYALL HURLEY PC
A Professional Corporation

2

J. ANTHONY ABBOTT (State Bar No. 83975)
JOHANNE C. MEDINA (State Bar No. 258973)

3

2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207

4

Telephone: 209.477.3833

5

Facsimile: 209.473.4818

*Attorneys for Defendants*

6

7

SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)

8

JOE BAUTISTA (State Bar No. 255708)
18711 Tiffeni Drive #17-129

9

Twain Harte, California 95383
Telephone: 209.586.2890

10

Facsimile:  888.874.8107

11

*Attorneys for Plaintiffs*

12

13

UNITED STATES DISTRICT COURT

14

EASTERN DISTRICT OF CALIFORNIA

15

16

BENJAMIN C. OYARZO and NICHOLAS HART,

17

Plaintiffs,

18

vs.

19

TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION

20

DISTRICT"); JOSEPH TURNER, in his individual and official capacities; DARLENE

21

HUTCHINS, in her individual and official

22

capacities; KENNETH HOCKETT, in his individual and official capacities; BRIAN

23

MACHADO, in his individual and official

24

capacities; TONEY POWERS, in his individual and official capacities, and DOES

25

1 THROUGH 20, Inclusive,

26

Defendants.

27

28

**1:11-CV-01271-LJO-SAB**

**STIPULATION AND ORDER RE CONTINUATION OF HEARING DATE FOR DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT DISCLOSURE**

[Consolidated Action: 1:11-cv-01272-LJO-DLB]

1

IT IS HEREBY AGREED AND STIPULATED between Defendants TFD, Joseph Turner, Darlene Hutchins, Kenneth Hockett, Brian Machado, and Toney Powers, by and through their attorney, Johanne Medina of Mayall Hurley, A Professional Corporation, and Plaintiffs Benjamin C. Oyarzo and Nicholas Hart, by and through their attorney, Shannon Seibert of Seibert & Bautista, as follows:

1.  The date on which the hearing for Defendants' Motion for Leave to Supplement Disclosure is currently scheduled for July 3, 2013 at 9:30 a.m. in Courtroom 9 before Hon. Stanley A. Boone;

2.  The parties' Joint Statement re Discovery Dispute was, therefore, required to be filed by June 26, 2013;

3.  The parties have engaged in extensive meet and confer efforts and are continuing to engage in meet and confer efforts to clarify the issues presented to the Court in the parties' Joint Statement;

4.  The parties are in need of additional time to finalize the Joint Statement before presenting to the Court;

5.  The parties therefore stipulate that the hearing scheduled for July 3, 2013 be continued to July 12, 2013 at 9:30 a.m. and that the Joint Statement will be filed on or before July 5, 2013.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 1, 2013                    MAYALL HURLEY, P.C.


                                       BY:   /s/ Johanne Medina
                                             Johanne Medina
                                             Attorneys for Defendants

DATED: July 1, 2013                    SEIBERT & BAUTISTA


                                       BY:   /s/ Shannon Seibert
                                             Shannon Seibert
                                             Attorneys for Plaintiff

2

1

2                                          **ORDER**

3          The stipulation of the parties having been considered, and good cause appearing therefor, the

4    above-referenced dates are adopted as ordered.

5

6

7    IT IS SO ORDERED.

8

9        Dated:    **July 2, 2013**            _____

10                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28