# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>      Plaintiffs,<br><br>      v.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"), JOSEPH TURNER, in his individual and official capacities, DARLENE HUTCHINS, in her individual and official capacities, KENNETH HOCKETT, in his individual and official capacities, BRIAN MACHADO, in his individual and official capacities, TONEY POWERS, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive<br><br>      Defendants. | 1:11-CV-01271 LJO SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANTS TURNER AND HUTCHINS AND AGAINST PLAINTIFFS OYARZO AND HART PURSUANT TO FED. R. CIV. P. 54(b). |

      A July 1, 2013 Memorandum Decision and Order granted motions for summary judgment filed by Defendant Joseph Turner and Defendant Darlene Hutchins as to all remaining claims against them. (Doc. 107). Given that the claims of Plaintiffs Benjamin Oyarzo and Nicholas Hart against these defendants and their alleged liability are clear and distinct from claims against and liability of other Defendants in this action, there is no just reason to delay entry of judgment. *See* Fed. R. Civ. P. 54(b). Accordingly, this Court DIRECTS the clerk to enter judgment in favor of Defendants Joseph Turner and Darlene Hutchins and against Plaintiffs Benjamin Oyarzo and Nicholas Hart.

IT IS SO ORDERED.

    Dated:   **July 16, 2013**                            /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE