UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>    Plaintiffs,<br>    vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"); et al.,<br><br>    Defendants. | **2:11-CV-01271-SAB**<br><br>ORDER ON STIPULATION RE DEADLINE TO FILE AND SERVE OBJECTIONS TO DISPUTED JURY INSTRUCTIONS<br><br>[Consolidated Action: 1:11-cv-01272-LJO-DLB]<br><br>Trial Date:   December 3, 2013<br>Time:          8:30 a.m.<br>Courtroom:  9, 6th Floor |

IT IS HEREBY AGREED AND STIPULATED between Defendants TFD, Kenneth Hockett, and Toney Powers, by and through their attorney, J. Anthony Abbott of Mayall Hurley, A Professional Corporation, and Plaintiffs Benjamin C. Oyarzo and Nicholas Hart, by and through their attorney, Shannon Seibert of Seibert & Bautista, as follows:

1. The deadline for each party to file and serve joint and proposed jury instructions was initially set on October 21, 2013.
2. The deadline for each party to file and serve objections to the other party's proposed jury instructions was initially set on October 24, 2013.

1

3. At the request of the parties, the deadline to file and serve joint and proposed jury instructions was extended to November 1, 2013.
4. To allow each party sufficient time to review the other party's proposed jury instructions after filing and service, the parties hereby stipulate to the extension of the deadline by which to file and serve objections to proposed jury instructions to November 6, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 31, 2013                                   MAYALL HURLEY, P.C.

                                              BY:   */s/ J. Anthony Abbott*
                                                    J. Anthony Abbott
                                                    Attorneys for Defendants

DATED: October 31, 2013                                   SEIBERT & BAUTISTA

                                              BY:   */s/ Shannon Seibert*
                                                    Shannon Seibert
                                                    Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of the parties the deadline to file objections to the individual proposed jury instructions is extended to November 6, 2013.  For purposes of clarification, the parties are advised that they are to file a single set of proposed joint jury instructions and a single joint proposed verdict form.  To the extent that the parties are unable to agree on a specific jury instruction or verdict form, the proposing party may file a separate document.  The parties shall have until November 6, 2013 to file objections to the opposing parties proposed jury instructions.

IT IS SO ORDERED.

Dated:   **November 1, 2013**                             _____
                                                          UNITED STATES MAGISTRATE JUDGE