# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART, | Case No. 1:11-cv-01271-SAB |
| Plaintiffs, | ORDER DENYING DEFENDANT POWERS' MOTION FOR JUDGMENT AS A MATTER OF LAW |
| v. | (ECF No. 206) |
| TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS, | |
| Defendants. | |

Following the presentation of Plaintiff Hart's case in chief, Defendant Toney Powers moved for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. Counsel for the parties argued the motion on December 13, 2013.

Rule 50(a) provides that after "a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may: (A) resolve the issue against the party; and (B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue."

Defendant Powers argues that no reasonable jury could find that he had a role in Plaintiff Hart's termination from Tuolumne Fire District based upon the evidence presented at trial. In this instance, as set forth on the record, the Court finds that there is sufficient evidence for a

reasonable jury to find that Defendant Powers actions played a role in Plaintiff Hart's termination.

For the reasons set forth on the record during the hearing on Defendant Powers' motion, IT IS HEREBY ORDERED that Defendant Powers' motion for judgment as a matter of law is DENIED.

IT IS SO ORDERED.

Dated: **December 13, 2013**

UNITED STATES MAGISTRATE JUDGE