1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART, | Case No.  1:11-cv-01271-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO FILE JUROR NOTE UNDER SEAL |
| v. | |
| TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS, | |
| Defendants. | |

During the course of the trial in this matter the Court requested information from a juror. Due to the nature of the communication, it is HEREBY ORDERED that the Clerk of Court is DIRECTED to file under seal the juror note, until it is ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   __December 17, 2013__

_____
UNITED STATES MAGISTRATE JUDGE