

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NICHOLAS HART,

        Plaintiff,

vs.

TUOLUMNE FIRE DISTRICT, et al,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:11-cv-01271-SAB

        JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF NICHOLAS HART as indicated in Special Verdict Documents 219 and 220 against DEFENDANT KENNETH HOCKETT.

DATED: December 19, 2013

        MARIANNE MATHERLY, Clerk

        By: _____
             Deputy Clerk