SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  209.583.5424
*Attorneys for Plaintiffs*

MAYALL HURLEY PC
A Professional Corporation
J. ANTHONY ABBOTT (State Bar No. 83975)
JOHANNE C. MEDINA (State Bar No. 258973)
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA  95207
Telephone: 209.477.3833
Facsimile:  209.473.4818
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"); JOSEPH TURNER, in his individual and official capacities; DARLENE HUTCHINS, in her individual and official capacities; KENNETH HOCKETT, in his individual and official capacities; BRIAN MACHADO, in his individual and official capacities; TONEY POWERS, in his individual and official capacities, and DOES 1 THROUGH 20, Inclusive,<br><br>　　　　　　Defendants. | **1:11-CV-01271-SAB**<br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF PLAINTIFF HART'S REQUEST FOR COURT ORDER REQUIRING REMOVAL OF DOCUMENTS FROM PERSONNEL FILE** |

IT IS HEREBY AGREED AND STIPULATED between Plaintiff Nicholas Hart, by and through his attorney, Shannon Seibert of Seibert & Bautista, and Defendant TFD, by and through its attorney, J. Anthony Abbott of Mayall Hurley, A Professional Corporation, as follows:

1. Trial of Plaintiff Nicholas Hart's claims under the Firefighters Procedural Bill of Rights against Defendant Tuolumne Fire District concluded on December 17, 2013 with a verdict from the jury in favor of Plaintiff Hart.
2. A hearing was held before this Court on December 20, 2013 regarding, among other issues, Plaintiff Hart's request for injunctive relief in the form of a Court Order requiring the removal of documents reflecting disciplinary action from Hart's personnel file.
3. Following the hearing, Defendant TFD agreed to and did remove the documents from Hart's personnel file.
4. Because the documents have been removed from Hart's personnel file, Plaintiff Hart hereby withdraws his request for injunctive relief from the Court instructing Defendant Tuolumne Fire District to do so.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: December 26, 2013                                       SEIBERT & BAUTISTA

                                                               BY:   /s/ Shannon Seibert
                                                                     Shannon Seibert
                                                                     Attorneys for Plaintiff

DATED: December 26, 2013                                       MAYALL HURLEY, P.C.

                                                               BY:   /s/ J. Anthony Abbott
                                                                     J. Anthony Abbott
                                                                     Attorneys for Defendants

////
////
////
////
////

**ORDER**

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: __**December 26, 2013**__

UNITED STATES MAGISTRATE JUDGE