# EXHIBIT C
(Invoices & Receipts)

# Fees of the Clerk



## New Case Credit Card Payment
2:11-at-00429 Hart v. Tuolumne Fire District et al

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Seibert, Shannon on 3/24/2011 at 6:22 PM PDT and filed on 3/24/2011

| | |
|---|---|
| **Case Name:** | Hart v. Tuolumne Fire District et al |
| **Case Number:** | 2:11-at-00429 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**SUBMISSION of CREDIT CARD INFORMATION for Civil Complaint Filing Fee in the amount of $350.00;**
**Type of Credit Card: Discover**
**Name as it appears on Credit Card: Shannon M Seibert**
**Contact Telephone Number: 310.714.0668**
**Street: PO Box 1761**
**Zip code: 95383**
**Credit Card Number: xxxx-xxxx-xxxx-xxxx**
**Expiration Date: xx/xx**
**Security Code: xxx**
**(Seibert, Shannon)**

**No public notice (electronic or otherwise) sent because the entry is private**

PAID CC

# Fees for service of summons and subpoena

Associated Legal Document Assistance

43 N. Washington St
Sonora, CA 95370

# Statement

| Date |
|---|
| 4/27/2011 |

| To: |
|---|
| Siebert & Bautista<br>18711 Tiffeni Dr., #17-129<br>Twain Harte, CA 95383 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $195.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/07/2011<br>04/27/2011 | Balance forward<br>INV #275.<br>--- Service Fee $40.00<br>--- Service Fee $40.00<br>--- Service Fee $40.00<br>--- Service Fee $40.00<br>--- Service-Addt. Def. same Addres $25.00<br>--- Printing Charge $10.00 | 195.00 | 0.00<br>195.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | $195.00 |

**SEIBERT & BAUTISTA**

Associated Legal Document Assistance, 5/13/11

$195.00, Inv. 4/27/11

# Bullet Information Technology Solutions

**208 Cate Street**
**Quincy, CA 95971**

**530.283.4863**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/2/2011 | 2011169 |

| Bill To |
|---------|
| Joe Bautista |
| 351 California Street, Suite 550 |
| San Francisco, CA 94104 |

*Thank You!*

| Description | Qty | Rate | Serviced | Amount |
|-------------|-----|------|----------|--------|
| Attempted service of process on Joseph Turner at 3714 Woodlake Drive, Lake Almanor, CA 96137 | 1 | 75.00 | 5/2/2011 | 75.00 |

Thank you!

|  |  |
|--|--|
| Total | $75.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $75.00 |

Now you can pay your invoice online!
Visit our website for payment options.

Please reference invoice number with your payment.

Terms: Due upon receipt ~ Thank you for your business.

bullettech@netzero.net          www.bulletinfotech.com

Bullet Information Technology Solutions.

6/18/11, $75.00

1523 4 1520. Service Tunde

1134



**SAMEDAY PROCESS**

1219 11th Street,NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Seibert & Bautista Attorneys at
Law
351 California St., Ste. 550

Invoice #:
19819

San Francisco, CA 94104

Date:
06/13/2012

## INVOICE FOR SERVICE

| Service #58596: US Forest Service Nicholas hart, et al. v. Tuolumne County Fire District | Your File# Court Case #: 1:11−cv−01271−LJO−DLB |
|---|---|
| Process Serving (within Beltway) | $75.00 |
| **TOTAL CHARGES:** | **$75.00** |
| **BALANCE:** | **$75.00** |

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

## Thank you for your business!

# Same Day Process Service & Washington DC Private Investigations

Secure payments by **PayPal**

## Payment Receipt

**Receipt ID**
2640-1765-0168-5663

**Total**
$75.00 USD

We'll send a confirmation email to seibert@ssjblaw.com. This transaction will appear on your statement as PayPal *SAMEDAYPROC.

**Paid to**
Same Day Process Service & Washington DC Private
Investigations
DC@samedayprocess.com
202-398-4200

**Shipped to**
Shannon Seibert
2101 shoreline drive
alameda, CA 94501
United States

## Your shopping cart

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Services<br>Process Service | $75.00 | 1 | $75.00 |
| | | Item total | **$75.00** |
| | | Tax | $0.00 |
| | | **Total** | **$75.00 USD** |

#1550

FOREST SERVICE
OBJECTION
SERVICE

-1995

Associated Legal Document Assistance

43 N. Washington St
Sonora, CA 95370

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2012 | 518 |

**Bill To**

Seibert & Bautista
351 California Street Suite 550
San Francisco, CA 94104

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Service - Tuolumne | 50.00 | 50.00 |
| | Rush fee | 25.00 | 25.00 |
| | Additional Defendant at same address | 30.00 | 30.00 |
| | | 0.00 | 0.00 |
| | Service - Sonora | 40.00 | 40.00 |
| | Search/Skip Trace | 25.00 | 25.00 |
| | Field Locate - Sonora | 30.00 | 30.00 |

| | **Total** | $200.00 |
|---|-----------|---------|

**SEIBERT & BAUTISTA**
Associated Legal Document Assistance

9/16/2012

1331

200.00

Bank of America Chec   Service - Depo Subpoenas (1550)

200.00



Associated Legal Document Assistance

43 N. Washington St
Sonora, CA 95370

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/7/2012 | 537 |

**Bill To**

Seibert & Bautista
351 California Street Suite 550
San Francisco, CA 94104

| P.O. No. | Terms | Project |
| --- | --- | --- |
| | | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Service - Tuolumne - Hutchins | 60.00 | 60.00 |
| | Rush fee - Hutchins | 25.00 | 25.00 |
| | Service - Sonora - Wertz | 50.00 | 50.00 |
| | Rush fee - Wertz | 25.00 | 25.00 |
| | Service - Tuolumne - Van Bolt | 60.00 | 60.00 |
| | Service - Tuolumne - Murray | 60.00 | 60.00 |
| | Service - Sonora - Houseburg | 50.00 | 50.00 |
| | Field Locate - Hutchins | 25.00 | 25.00 |
| | Field Locate - Wertz | 25.00 | 25.00 |
| | | | |
| | Service Fee - Downtown Sonora - Oliver | 40.00 | 40.00 |
| | Additional Defendant at same address - Drivdahl | 15.00 | 15.00 |
| | Additional Defendant at same address - Pedro | 15.00 | 15.00 |
| | Additional Defendant at same address - McKernan | 15.00 | 15.00 |
| | | | |
| | Service Fee - East Sonora - Noonan | 50.00 | 50.00 |
| | Field Locate - Houseberg | 25.00 | 25.00 |
| | Service Fee - East Sonora - Maltese | 50.00 | 50.00 |
| | Service - Mokelumne Hill - Podesta | 100.00 | 100.00 |
| | Service Fee - Jamestown — MURRAY | 45.00 | 45.00 |

| | **Total** | $735.00 |
| --- | --- | --- |

1344

**SEIBERT & BAUTISTA**

Associated Legal Doc. Assistance

10/17/19 - $735.00

Invoice #537 (ISSO, Service)

# A-Team Detectives

P.O. Box 446
Morgan Hill, CA 95038
(408) 776-2007

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2012 | 12714 |

| Bill To | Case Title |
|---------|------------|
| Joe Bautista<br>Siebert & Bautista<br>18711 Tiffeni Drive, #17-129<br>Twain Harte, CA 95383 | Oyarzo<br>vs<br>Tuolumne Fire District |

| My Case No.: | Terms | Due Date | Tax ID#: 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 |
|--------------|-------|----------|----------------------|
| 3422 | Due on receipt | 10/23/2012 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Process Serve 2 | Service of documents on Constantine Boubalos | 1 | 105.00 | 105.00 |
| Computer | Computer Research on Constantine Boubalos | 1 | 40.00 | 40.00 |

Thank you for your business.

| **Total** | $145.00 |
|-----------|---------|

** LATE FEE OF $25.00 PER MONTH OR 3.5% OF THE BALANCE DUE, WHICHEVER IS GREATER, WILL BE CHARGED ON ALL INVOICES NOT PAID BY THE DUE DATE!! **

| **Balance Due** | $145.00 |
|-----------------|---------|

**SEIBERT & BAUTISTA**

1352

A-Team Detectives

10/31/2012

145.00

SSJB Checking          Service - Subpoena (1550)

145.00

# SEIBERT & BAUTISTA
## ATTORNEYS AT LAW

SAN FRANCISCO
100 PINE STREET
SUITE 1250
SAN FRANCISCO, CA 94111
415.954.9455

WWW.SSJBLAW.COM

TWAIN HARTE
18711 TIFFENI DRIVE
SUITE 17-129
TWAIN HARTE, CA 95383
209.586.2890

November 19, 2013

<u>VIA UNITED PARCEL SERVICE (UPS)</u>

Humboldt County Sheriff's Office
Civil Division
Attn: Sharyl
50 West Fifth Street
Winnemucca, Nevada 89445

Re:     Service of Civil Subpoena for Trial – Toney Powers
        *Oyarzo/Hart v. Tuolumne Fire District, et al.*
        Case No. 1:11-cv-01271-LJO-SAB

Dear Sharyl,

It was a pleasure speaking with you this morning. This office requests that the Humboldt County Sheriff's Office serve the letter to Toney Powers, page 1 of the enclosed civil subpoena and check in the amount of $558.67 to the following person at the following location as soon as possible:

**Name:     Toney Powers**
**Location: 5715 Bird Lane**
**          Winnemucca, NV 89445**

When service has been completed, please complete the Proof of Service which is on page 2 of the enclosed civil subpoena and return it in the stamped pre-addressed envelope enclosed for your convenience.

I have enclosed a check in the amount of $25.00 (15.00 + mileage @ $2.00 per mile) payable to the Humboldt County Sheriff's Office for this service.

Thank you so very much for your assistance in this matter. If you have any questions whatsoever, please feel free to contact me. You can reach me at my direct desk line at (209) 586-2827.

Regards,

Joe Bautista

**SEIBERT & BAUTISTA**

**1526**

Humboldt County Sheriff's Office 11/19/2013 25.00

SSJB Checking    Service Fees (1550)    25.00

# Statement

Associated Legal Document Assistance

43 N. Washington St
Sonora, CA 95370

| Date |
|------|
| 11/26/2012 |

**To:**

Seibert & Bautista
P.O. Box 1490
Twain Harte, CA 95383

*PAID*
*CK # 1358*

| Amount Due | Amount Enc. |
|------------|-------------|
| $390.47 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 10/21/2012 | Balance forward | | 0.00 |
| 11/12/2012 | INV #570. | 55.00 | 55.00 |
| | --- Service Fee - East Sonora $55.00 | | |
| 11/20/2012 | INV #566. | 275.47 | 330.47 |
| | --- Service - Tuolumne $60.00 | | |
| | --- Rush fee $15.00 | | |
| | --- Witness Fee - Subpoena $52.87 | | |
| | --- Service Fee - Jamestown $45.00 | | |
| | --- Search/Skip Trace $45.00 | | |
| | --- Witness Fee - Subpoena $57.60 | | |
| 11/26/2012 | INV #572. | 60.00 | 390.47 |
| | --- Service - Twain Harte $60.00  *MANISKE* | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 60.00 | 330.47 | 0.00 | 0.00 | 0.00 | $390.47 |

Associated Legal Document Assistance

# Invoice

43 N. Washington St
Sonora, CA 95370

| Date | Invoice # |
|------|-----------|
| 11/20/2012 | 566 |

| Bill To |
|---------|
| Seibert & Bautista<br>P.O. Box 1490<br>Twain Harte, CA 95383 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Service - Tuolumne Miller | 60.00 | 60.00 |
| | Rush fee - Specific date i Time | 15.00 | 15.00 |
| | Witness Fee - Subpoena | 52.87 | 52.87 |
| | Service Fee - Jamestown Henriques | 45.00 | 45.00 |
| | Search/Skip Trace | 45.00 | 45.00 |
| | Witness Fee - Subpoena | 57.60 | 57.60 |

| | **Total** | $275.47 |
|--|-----------|---------|

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

1358

11-35/1210 CA
90883

**Bank of America**
ACH R/T 121000358

11/27/2012

PAY TO THE
ORDER OF _____ Associated Legal Document Assistance

Three Hundred Ninety and 47/100********************************************************** $ **390.47

DOLLARS

Assoc. Legal Document Assistance
43 N. Washington Street
Sonora, CA 95370

MEMO

Inv. Nos. 566, 570, 572 (1550)

AUTHORIZED SIGNATURE

⑈ Details on Back. Security Features Included

⑈"001358"

NP

Associated Legal Document Assistance

# Invoice

43 N. Washington St
Sonora, CA 95370

| Date | Invoice # |
|------|-----------|
| 11/23/2013 | 991 |

| Bill To |
|---------|
| Seibert & Bautista<br>P.O. Box 1490<br>Twain Harte, CA 95383 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Service - Tuolumne - Kenneth Hockett | 55.00 | 55.00 |
|  | Service - Tuolumne - Virginia Van Bolt | 55.00 | 55.00 |
|  | Service - Tuolumne - Marcella Wells | 55.00 | 55.00 |
|  | Service - Tuolumne - Nicholas Ohler | 55.00 | 55.00 |
|  | Service - Tuolumne - Darlene Hutchins | 55.00 | 55.00 |
|  | Service - Tuolumne - Joseph Turner | 55.00 | 55.00 |
|  | Service - Downtown Sonora - Sean McKernon | 45.00 | 45.00 |
|  | Service - Columbia - Timothy Wertz | 50.00 | 50.00 |
|  | Service - Sonora - Jason Podesta | 50.00 | 50.00 |

| **Total** | $475.00 |
|-----------|---------|

**SEIBERT & BAUTISTA**

Associated Legal Document Assistance

1543

12/15/2013

475.00

SSJB Checking     12/1/13 Inv (1550)     475.00

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 282751 | 5/9/2012 | 62297 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2012 | 1:11-CV-01271-LJO-DLB | |

| Case Name | | |
|---|---|---|
| Benjamin C. Oyarzo, Nicholas Hart | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
351 California Street
Suite 550
San Francisco, CA  94104

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Nicholas Hart | 259.00 | Pages | @ | 3.00 | 777.00 |
| Exhibit | 44.00 | Pages | @ | 0.45 | 19.80 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 25.00 | 25.00 |
| Production and Handling | | | | 20.00 | 20.00 |

TOTAL DUE  >>>    **$867.80**

AFTER 6/8/2012  PAY    $954.58

**Tax ID:** 91-2141572                                               Phone:    Fax:415-494-8115

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
351 California Street
Suite 550
San Francisco, CA  94104

| | | | | |
|---|---|---|---|---|
| Job No. | : 62297 | | BU ID | : H AND M 2 |
| Case No. | : 1:11-CV-01271-LJO-DLB | | | |
| Case Name | : Benjamin C. Oyarzo, Nicholas Hart | | | |
| Invoice No. | : 282751 | | Invoice Date | : 5/9/2012 |
| **Total Due** | : **$867.80** | | | |

AFTER 6/8/2012  PAY  $954.58

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Hill & McPherson**
             **2453 Grand Canal**
             **Suite J**
             **Stockton, CA  95207**

Hu + McPherson, 5/10/12, $867.80 hu 28637, (HURT)

**No.** 089864

# BOB FENNESSY'S PHOTO-VIDEO SERVICE
### 420 GROVE ST.
### ROSEVILLE, CA. 95678-1509
### (916) 784-1867

| SOLD TO: | SHIP TO: |
|---|---|
| **SEIBERT & BAUTISTA** | **SHANNON SEIBERT** |
| 351 CALIFORNIA ST.    SUITE 550 | |
| SAN FRANCISCO,  CA.  94104 | |

| SALES PERSON | SHIPPED VIA | TERMS | F.O.B. 5/8/12 |
|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | RE: BENJAMIN OYARZO & NICHOLAS HART | | |
| | | v. TOULUMNE FIRE DISTRICT | | |
| | | | | |
| | | ONE EACH DVD MADE FROM NINE DIGITAL MASTER | | |
| | | MEDIA OF DEPOSITIONS OF NICHOLAS HART AND | | |
| | | BENJAMIN OYARZO– | | 270.00 |
| | | ONE DVD MADE OF ONE SHORT-LENGTH DIGITAL | | |
| | | MASTER VIDEO– | | 15.00 |
| | | | | 285.00 |
| | | | UPS | 9.25 |
| | | | TOTAL | $294.25 |

**SEIBERT & BAUTISTA**
Bob Fennessy's Photo-Video Service 

1279

5/14/2012

294.25

Bank of America Chec   Video Depo (1550)

294.25

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

| INVOICE NO. | A607681 AA |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 08/17/2012 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo, dpozo@depo.com

ABI'S Federal ID No.: 95-4189037

| Setting Firm: | Seibert & Bautista |
|---|---|
| Taking Attorney: | Shannon Seibert |
| Case Name: | Oyarzo vs Tuolumne Fire District |
| Case No.: | 1:11-CV-01271-LJO-DLB |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description: Reporter's transcript of the deposition of Nicholas Ohler, taken 8/7/2012.

Revised Invoice MZ 9/17/12

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Personal Injury Rate | 214.00 | $ 4.55 | $ 973.70 |
| Exhibit Copies (pages) | 21.00 | $ .30 | $ 6.30 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 10.00 | $ 10.00 |
| Condensed Transcript | 1.00 | $ 10.00 | $ 10.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery | 1.00 | $ 10.00 | $ 10.00 |
| Attendance Flat Fee | 1.00 | $ 200.00 | $ 200.00 |
| Mileage | 140.00 | $ .45 | $ 63.00 |

| PAYMENT | | | - |
|---|---|---|---|
| BALANCE DUE | | | $ 1,303.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – Fold and tear at this perforation, then return stub with payment. – – – – – – – – –

| BALANCE DUE | $ 1,303.00 |
|---|---|
| INVOICE NO. | A607681 AA |
| FIRM NO. | 1237007 |

For: Reporter's transcript of the deposition of Nicholas Ohler, taken 8/7/2012.

From: Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**SEIBERT & BAUTISTA**
, Atkinson Baker

**1334**

9/19/2012

1,303.00

Bank of America Chec   PMK1 Depo (1550)

1,303.00

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

| INVOICE NO. | 0C3F4 A |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 09/14/2012 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo, dpozo@depo.com

ABI'S Federal ID No.:       95-4189037

| | |
|---|---|
| Setting Firm: | Seibert & Bautista |
| Taking Attorney: | Shannon Seibert |
| Case Name: | Benjamin Oyarzo et al v Tuolumni Fi Cre |
| Case No.: | 1:11-CV-01271-LJO-DLB |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description: Video time & DVD for the deposition of Joseph Turner taken 9/10/2012.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video time, first hour | 1.00 | $ 255.00 | $ 255.00 |
| Video time, remaining hours | 6.50 | $ 85.00 | $ 552.50 |
| Video DVD | 7.00 | $ 75.00 | $ 525.00 |
| Shipping & handling | 1.00 | $ 35.00 | $ 35.00 |
| | | | |
| PAYMENT | | | |
| BALANCE DUE | | | $ 1,367.50 |

First hour includes set-up and breakdown. (09/10 - 09:00am scheduled start to 05:00pm breakdown finish)

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 1,367.50 |
|---|---|
| INVOICE NO. | 0C3F4 A |
| FIRM NO. | 1237007 |

For:   Video time & DVD for the deposition of Joseph Turner taken 9/10/2012.

From:   Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



**SEIBERT & BAUTISTA**

1351

Atkinson Baker

10/31/2012

1,367.50

SSJB Checking     Inv. # 0C3F4A (1550)

1,367.50

Atkinson-Baker, Inc.                          800-288-3376
Court Reporters                               800-925-5910 fax
500 N. Brand Boulevard, Third Floor           www.depo.com
Glendale, CA  91203-4725
                                              Federal ID#: 95-4189037


Invoice To:


    Shannon Seibert                    Your Firm#: 1237007
    Seibert & Bautista                 Invoice#: A6084DFAA
    100 Pine Street              Invoice Date: Sep 19, 2012
    Suite 1250                       Due Date: On Receipt
    San Francisco, CA  94111 5235

------------------------------------------------------------------
    Reporter's transcript of the deposition of Kenneth Hockett, taken 8/30/2012.
------------------------------------------------------------------
    Case: Oyarzo vs Tuolumne Fire District        #: 1:11-CV-01271-LJO-DLB
Insured :                          Insurance Co.:
    DOL:                                 Claim#:
Adjuster:                         Client's Ref #1:
                                  Client's Ref #2:

Revised Invoice  MZ  10/31/12

| ITEM | QTY | PRICE | TOTAL |
|------|-----|-------|-------|
| Pages - O&1 - Business Rate | 295.00 | $5.35 | $1,578.25 |
| Exhibit Copies (pages) | 365.00 | $0.40 | $146.00 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $25.00 | $25.00 |
| Condensed Transcript | 1.00 | $15.00 | $15.00 |
| Processing & Handling Fee | 1.00 | $30.00 | $30.00 |
| Regular Delivery | 1.00 | $20.00 | $20.00 |
| Attendance Flat Fee | 1.00 | $200.00 | $200.00 |
| Mileage | 140.00 | $0.45 | $63.00 |

    Total . . . . . . . . . . . . . . . . . . . .      $2,077.25

    Service Fees  . . . . . . . . . . . . . . . . .        $31.16

    Payment - January 10, 2013                         $1,000.00

    Balance Due . . . . . . . . . . . . . . . . . .     $1,108.41

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Seibert & Bautista |
| Taking Attorney: | Shannon Seibert |
| Case Name: | Oyarzo vs Tuolumne Fire District |
| Case No.: | 1:11-CV-01271-LJO-DLB |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description: Reporter's transcript of the deposition of Kenneth Hockett, taken 8/30/2012.

| INVOICE NO. | A6084DF AA |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 09/19/2012 |
| DUE UPON RECEIPT | |

Revised Invoice MZ 10/31/12

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Business Rate | 295.00 | $ 5.35 | $ 1,578.25 |
| Exhibit Copies (pages) | 365.00 | $ .40 | $ 146.00 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery | 1.00 | $ 20.00 | $ 20.00 |
| Attendance Flat Fee | 1.00 | $ 200.00 | $ 200.00 |
| Mileage | 140.00 | $ .45 | $ 63.00 |

| | | | |
|---|---|---|---|
| SERVICE FEES | | | $ 15.58 |
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 2,092.83 |

A service fee of .75% per month will be added to any invoice over 30 days old.

— — — — — — — — Fold and tear at this perforation, then return stub with payment. — — — — — — — —

| BALANCE DUE | $ 2,092.83 |
|---|---|
| INVOICE NO. | A6084DF AA |
| FIRM NO. | 1237007 |

For: Reporter's transcript of the deposition of Kenneth Hockett, taken 8/30/2012.

From: Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

**Bank of America**
ACH R/T 121000358

1377

11-35/1210 CA
90883

1/7/2013

PAY TO THE
ORDER OF _____ Atkinson Baker

$ **1,000.00

One Thousand and 00/100******************************************************************************** DOLLARS

Atkinson Baker
500 North Brand Blvd.
Third Floor
Glendale, CA 91203-4725

MEMO ___ Acct # 1237007 (Inv #A6084DFAA)

AUTHORIZED SIGNATURE

⑆00⑈1377⑈

Security Features Included ⧅ Details on Back.

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

**Bank of America**
ACH R/T 121000358

1394

11-35/1210 CA
90883

1/29/2013

PAY TO THE
ORDER OF    Atkinson Baker

$ **1,108.41

One Thousand One Hundred Eight and 41/100************************************************************ DOLLARS

Atkinson Baker
500 North Brand Blvd.
Third Floor
Glendale, CA 91203-4725

MEMO
Inv. # A6084DFAA

AUTHORIZED SIGNATURE

⑈001394⑈

SEIBERT & BAUTISTA                                                    1394

Atkinson Baker                                    1/29/2013

1,108.41

SSJB Checking        Inv. # A6084DFAA                          1,108.41

SEIBERT & BAUTISTA                                                    1394

Atkinson Baker                                    1/29/2013

1,108.41

SSJB Checking        Inv. # A6084DFAA                          1,108.41

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283455 | 9/25/2012 | 62974 |
| **Job Date** | **Case No.** | |
| 9/12/2012 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Ben R. Orr | 249.00 | Pages | @ | 3.00 | 747.00 |
|    Exhibit | 184.00 | Pages | @ | 0.45 | 82.80 |
|    Condensed Copy/Word List | | | | 26.00 | 26.00 |
|    UPS Charges | | | | 20.00 | 20.00 |
|    Production and Handling | | | | 20.00 | 20.00 |
|    Color Copies | 23.00 | Pages | @ | 1.25 | 28.75 |
| | | **TOTAL DUE  >>>** | | | **$924.55** |
| | | AFTER 10/25/2012  PAY | | | $1,017.01 |

**Tax ID:** 91-2141572

Phone:    Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

Job No.     : 62974          BU ID      :H AND M 2
Case No.    : 1:11-CV-01271-LJO-DLB
Case Name  : Benjamin C. Oyarzo, Nicholas Hart vs.
              Tuolumne Fire District

Invoice No.  : 283455     Invoice Date  :9/25/2012

**Total Due  : $ 924.55**
AFTER 10/25/2012  PAY  $1,017.01

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **California Deposition Reporters**
          **2453 Grand Canal Boulevard**
          **Suite J**
          **Stockton, CA  95207-6521**

# CALIFORNIA DEPOSITION REPORTERS®
Solutions you can depend on through innovative technology by dedicated professionals

| My Web | Calendar | Activity | Transcripts | Repository | Support | Pay Invoices |

## Activity > Invoice Detail

### Job Information

| Job No. | 62974 | Date | 9/12/2012 |
|---|---|---|---|
| Case Name | Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | Case No. | 1:11-CV-01271-LJO-DLB |
| Ordering Firm | Mayall Hurley P.C. | Ordering Attorney | J. Anthony Abbott |
| Ordered By | Kristie Parises | Client Matter No. | |

### Invoice Detail

| Invoice No. | 283455 | Date | 9/25/2012 |
|---|---|---|---|
| Bill To Firm | Seibert & Bautista | Bill To Attorney | Shannon Seibert |
| Sold To Firm | Seibert & Bautista | Sold To Attorney | Shannon Seibert |
| Amount | $ 924.55 | Balance | $ 0.00 |
| Late Charge | $ 0.00 | Finance Charge | $ 0.00 |

| Witness | Pages | Begin | End | Volume | Resource | |
|---|---|---|---|---|---|---|
| Ben R. Orr | 249 | 1 | 249 | 1 | Dennis G. Peyton 2 | |
| | Item | | | | Units | Amount |
| | Copy | | | | 249.00 | $ 747.00 |
| | Exhibit | | | | 184.00 | $ 82.80 |
| | Color Copies | | | | 23.00 | $ 28.75 |
| | Condensed Copy/Word List | | | | 1.00 | $ 26.00 |
| | Production and Handling | | | | 1.00 | $ 20.00 |
| | UPS Charges | | | | 1.00 | $ 20.00 |

### Payment History

| Transaction Type | Date | Payment Type | Amount | Check No. |
|---|---|---|---|---|
| Payment | 10/24/2012 | PayPal | $ 924.55 | 02N31140T73328128 |

### Files

| File Name | File Type | Description | Size(KB) | Reviewed | Action |
|---|---|---|---|---|---|
| INV283455.pdf | Invoice | Invoice | 51 | Mark as Reviewed | |

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Seibert & Bautista |
|---|---|
| Taking Attorney: | Shannon Seibert |
| Case Name: | Benjamin Oyarzo et al v Tuolumni Fire |
| Case No.: | 1:11-CV-01271-LJO-DLB |

| INVOICE NO. | A608CF5 AA |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 09/27/2012 |
| DUE UPON RECEIPT | |

| Claim No.: | |
|---|---|
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description:   Reporter's transcript of the deposition of Joseph Turner, taken 9/10/2012.

Revised Invoice  MZ  11/5/12

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Personal Injury Rate | 316.00 | $ 5.35 | $ 1,690.60 |
| Videotaped (per page) | 316.00 | $ .40 | $ 126.40 |
| Exhibit Copies (pages) | 87.00 | $ .40 | $ 34.80 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery | 1.00 | $ 20.00 | $ 20.00 |
| Attendance Flat Fee | 1.00 | $ 200.00 | $ 200.00 |
| Hours outside normal business hours | .25 | $ 80.00 | $ 20.00 |
| Mileage | 140.00 | $ .45 | $ 63.00 |
| Credit - Videotaped page rate | 1.00 | -$ 126.40 | -$ 126.40 |

| SERVICE FEES | | | $ 31.48 |
|---|---|---|---|
| PAYMENTS | | | - $ 0.00 |
| BALANCE DUE | | | $ 2,129.88 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – – – –     Fold and tear at this perforation, then return stub with payment.     – – – – – – – – – –

| BALANCE DUE | $  2,129.88 |
|---|---|
| INVOICE NO. | A608CF5 AA |
| FIRM NO. | 1237007 |

For:      Reporter's transcript of the deposition of
Joseph Turner, taken 9/10/2012.

From:   Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD
THIRD FLOOR
GLENDALE, CA 91203-4725

| PHONE: | 800-288-3376 |
| | 818-551-7300 |
| FACSIMILE: | 800-925-5910 |
| | 818-551-7330 |
| FEDERAL ID#: | 95-4189037 |

**STATEMENT OF ACCOUNT**

Your Account Representative: Diana Pozo

Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

| ACCOUNT NUMBER: 1237007 | | | | STATEMENT DATE: 2/15/2013 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE NUMBER | INVOICE DATE | FOR | CASE TITLE AND DESCRIPTION | CLAIM NO: INSURED NAME: | INVOICE AMOUNT | SERVICE FEES | AMOUNT PAID | BALANCE DUE | DAYS DUE |
| A608CF5 AA | 09/27/2012 | Shannon Seibert | Benjamin Oyarzo et al v Tuolumni Fire Reporter's transcript of the deposition of Joseph Turner, taken 9/10/2012. | | $ 2,098.40 | $ 47.22 | $ .00 | $ 2,145.62 | 141 days |

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

**Bank of America**
ACH R/T 121000358

1401

11-35/1210 CA
90883

2/18/2013

PAY TO THE
ORDER OF ___ Atkinson Baker ___ $ **3,164.43

Three Thousand One Hundred Sixty-Four and 43/100********************************************************************** DOLLARS

Atkinson Baker
500 North Brand Blvd.
Third Floor
Glendale, CA 91203-4725

MEMO
A608CF5, OC363 (1550)

AUTHORIZED SIGNATURE

⑈00⑈40⑈

---

SEIBERT & BAUTISTA

Atkinson Baker

2/18/2013

1401

3,164.43

SSJB Checking     A608CF5, OC363 (1550)                    3,164.43

SEIBERT & BAUTISTA

Atkinson Baker

2/18/2013

1401

3,164.43

SSJB Checking     A608CF5, OC363 (1550)                    3,164.43

# I N V O I C E

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA 95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283527 | 10/9/2012 | 62976 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Deborah Russell | 71.00 | Pages | @ | 2.35 | 166.85 |
| Exhibit | 46.00 | Pages | @ | 0.45 | 20.70 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 10.00 | 10.00 |
| ASCII file - CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 20.00 | 20.00 |

TOTAL DUE  >>>  **$260.55**
AFTER 11/8/2012  PAY  $286.61

**Tax ID:** 91-2141572                              Phone:    Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

Job No.      : 62976          BU ID      : H AND M 2
Case No.    : 1:11-CV-01271-LJO-DLB
Case Name  : Benjamin C. Oyarzo, Nicholas Hart vs.
                   Tuolumne Fire District

Invoice No. : 283527      Invoice Date : 10/9/2012

**Total Due  : $ 260.55**
AFTER 11/8/2012  PAY  $286.61

Remit To: **California Deposition Reporters
2453 Grand Canal Boulevard
Suite J
Stockton, CA 95207-6521**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# CALIFORNIA DEPOSITION REPORTERS®

Solution, you can depend on through innovative technology by dedicated professionals

## Activity > Invoice Detail

### Job Information

| | | | |
|---|---|---|---|
| Job No. | 62976 | Date | 9/25/2012 |
| Case Name | Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | Case No. | 1:11-CV-01271-LJO-DLB |
| Ordering Firm | Mayall Hurley P.C. | Ordering Attorney | J. Anthony Abbott |
| Ordered By | Kristie Parises | Client Matter No. | |

### Invoice Detail

| | | | |
|---|---|---|---|
| Invoice No. | 283527 | Date | 10/9/2012 |
| Bill To Firm | Seibert & Bautista | Bill To Attorney | Shannon Seibert |
| Sold To Firm | Seibert & Bautista | Sold To Attorney | Shannon Seibert |
| Amount | $ 260.55 | Balance | $ 0.00 |
| Late Charge | $ 0.00 | Finance Charge | $ 0.00 |

| Witness | Pages | Begin | End | Volume | Resource | |
|---|---|---|---|---|---|---|
| Deborah Russell | 71 | 1 | 71 | 1 | Patricia A. Coward 2 | |
| | Item | | | | Units | Amount |
| | Copy | | | | 71.00 | $ 166.85 |
| | Exhibit | | | | 46.00 | $ 20.70 |
| | ASCII file - CD | | | | 1.00 | $ 17.00 |
| | Condensed Copy/Word List | | | | 1.00 | $ 26.00 |
| | Production and Handling | | | | 1.00 | $ 20.00 |
| | UPS Charges | | | | 1.00 | $ 10.00 |

### Payment History

| Transaction Type | Date | Payment Type | | Amount | Check No. |
|---|---|---|---|---|---|
| Payment | 10/24/2012 | PayPal | | $ 260.55 | 0RL97328P446823SC |

### Files

| File Name | File Type | Description | Size(KB) | Reviewed | Action |
|---|---|---|---|---|---|
| INV283527.pdf | Invoice | Invoice | 51 | Mark as Reviewed | |

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

# Invoice #11073

| Date | Terms |
|------|-------|
| 10/29/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/11/2012 | 8882 | HOLLY HENSYEL-FIERRO | | UPS |
| **Case Key** | | **Case** | | |
| | | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE | | |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of WILLIAM HUTCHINS** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (14 Units) | $ 0.55 | 1.00 | $ 7.70 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (82 Pages) | $ 5.15 | 1.00 | $ 422.30 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 495.00 |

| | | |
|---|---|---|
| | Amount Due: | $ 495.00 |
| | Paid: | $ 0.00 |

| | | |
|---|---|---|
| | **Balance Due:** | $ 495.00 |
| | **Payment Due:** | 04/04/2013 |

**OR IF PAID WITHIN 60 DAYS OF**
**10/29/12 AMOUNT DUE: $ 423.90**

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

# *Invoice #11075*

| Date | Terms |
|------|-------|
| 10/29/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/12/2012 | 8883 | BOB FENNESSY; LAURA FOWLER | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of KENNETH HOCKETT** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (120 Units) | $ 0.45 | 1.00 | $ 54.00 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (241 Pages) | $ 5.15 | 1.00 | $ 1,241.15 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |

$ 1,360.15

|  | |
|--|--|
| Amount Due: | $ 1,360.15 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,360.15 |
|--------------|------------|
| Payment Due: | 04/04/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*10/29/12 AMOUNT DUE: $1199.65*

*This invoice is for reporter's transcript only*
*Video Tape services billed separately*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11076*

| Date | Terms |
|------|-------|
| 10/29/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/12/2012 | 8883 | BOB FENNESSY, LAURA FOWLER | 10/29/2012 | UPS |
| **Case Key** | | Case | | |
| | | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE | | |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **KENNETH HOCKETT** | | | |
| Original Videotape(s) (5 Units) | $ 5.00 | 1.00 | $ 25.00 |
| Shipping & Maintenance of Master Videotape(s) | $ 35.00 | 1.00 | $ 35.00 |
| Travel Time (4 Hours) | $ 25.00 | 0.50 | $ 50.00 |
| Video Setup and First Hour | $ 265.00 | 1.00 | $ 265.00 |
| Videographer Hourly Rate (5.5 Hours) | $ 80.00 | 1.00 | $ 440.00 |
| Videotape(s) copied to DVD(s) (5 Units) | $ 75.00 | 1.00 | $ 375.00 |
| | | | $ 1,210.00 |

Amount Due: $ 1,210.00
Paid: $ 0.00

| | Balance Due: | $ 1,210.00 |
|--|--------------|------------|
| | Payment Due: | 04/04/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*AMOUNT DUE: $ 1037.50*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283640 | 10/31/2012 | 63244 |
| **Job Date** | **Case No.** | |
| 10/16/2012 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stephenie J. Burns (V-2) | 226.00 Pages | @ | 3.00 | 678.00 |
| Exhibit | 84.00 Pages | @ | 0.45 | 37.80 |
| Condensed Copy/Word List | | | 26.00 | 26.00 |
| UPS Charges | | | 15.00 | 15.00 |
| ASCII file - CD | | | 17.00 | 17.00 |
| Production and Handling | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**                          **$793.80**

AFTER 11/30/2012  PAY                          $873.18

**Tax ID:** 91-2141572                    Phone: 415-954-9455    Fax:888-874-8107

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283620 | 10/29/2012 | 63120 |

| Job Date | Case No. | |
|---|---|---|
| 10/15/2012 | 1:11-CV-01271-LJO-DLB | |

| Case Name | |
|---|---|
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | |

| Payment Terms |
|---|
| Due upon receipt |

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841   Fax:209-957-2400

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Stephenie J. Burns | 136.00 | Pages | @ | 3.00 | 408.00 |
| Exhibit | 440.00 | Pages | @ | 0.25 | 110.00 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 15.00 | 15.00 |
| ASCII file - CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 20.00 | 20.00 |
| Color Copies | 67.00 | Pages | @ | 0.45 | 30.15 |

**TOTAL DUE  >>>**          **$626.15**

AFTER 11/28/2012  PAY          $688.77

**Tax ID:** 91-2141572                                        Phone: 415-954-9455    Fax:888-874-8107

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo, dpozo@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Seibert & Bautista |
| Taking Attorney: | Shannon Seibert |
| Case Name: | Oyarzo vs Tuolumne Fire District |
| Case No.: | 1:11-CV-01271-LJO-DLB |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description: Video time and DVDs or the deposition of Toney Powers taken 10/22/2012.

| INVOICE NO. | 0C363 A |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 10/29/2012 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video time, first hour | 1.00 | $ 255.00 | $ 255.00 |
| Video time, remaining hours | 5.75 | $ 85.00 | $ 488.75 |
| Video DVD | 3.00 | $ 75.00 | $ 225.00 |
| Shipping & handling | 1.00 | $ 35.00 | $ 35.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - |
| BALANCE DUE | | | $ 1,003.75 |

First hour includes set-up and breakdown. (10/22 - 10:00am scheduled start to 04:45pm breakdown finish)

A service fee of .75% per month will be added to any invoice over 30 days old.

------------------------- Fold and tear at this perforation, then return stub with payment. -------------------------

| BALANCE DUE | $ 1,003.75 |
|---|---|
| INVOICE NO. | 0C363 A |
| FIRM NO. | 1237007 |

For: Video time and DVDs or the deposition of Toney Powers taken 10/22/2012.

From:  Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

PHONE: 800-288-3376
818-551-7300
FACSIMILE: 800-925-5910
818-551-7330
FEDERAL ID#: 95-4189037

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD
THIRD FLOOR
GLENDALE, CA 91203-4725

## STATEMENT OF ACCOUNT

Your Account Representative: Diana Pozo

Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

| ACCOUNT NUMBER: 1237007 | | | | | STATEMENT DATE: 2/15/2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE NUMBER | INVOICE DATE | FOR | CASE TITLE AND DESCRIPTION | CLAIM NO: INSURED NAME: | INVOICE AMOUNT | SERVICE FEES | AMOUNT PAID | BALANCE DUE | DAYS DUE |
| A608CF5 AA | 09/27/2012 | Shannon Seibert | Benjamin Oyarzo et al v Tuolumni Fire Reporter's transcript of the deposition of Joseph Turner, taken 9/10/2012. | | $ 2,098.40 | $ 47.22 | $ .00 | $ 2,145.62 | 141 days |
| 0C363 A | 10/29/2012 | Shannon Seibert | Oyarzo vs Tuolumne Fire District Video time and DVDs or the deposition of Toney Powers taken 10/22/2012. | | $ 1,003.75 | $ 15.06 | $ .00 | $ 1,018.81 | 109 days |

PAID 1ST 2

Page 1 of 1

**SEIBERT & BAUTISTA**

1401

Atkinson Baker            2/18/2013

3,164.43

SSJB Checking      A608CF5, OC363 (1550)            3,164.43



# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA 95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283640 | 10/31/2012 | 63244 |
| **Job Date** | **Case No.** | |
| 10/16/2012 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stephenie J. Burns (V-2) | 226.00 Pages | @ | 3.00 | 678.00 |
| Exhibit | 84.00 Pages | @ | 0.45 | 37.80 |
| Condensed Copy/Word List | | | 26.00 | 26.00 |
| UPS Charges | | | 15.00 | 15.00 |
| ASCII file - CD | | | 17.00 | 17.00 |
| Production and Handling | | | 20.00 | 20.00 |

**TOTAL DUE >>>**  **$793.80**

AFTER 11/30/2012  PAY  $873.18

**Tax ID:** 91-2141572

Phone: 415-954-9455   Fax:888-874-8107

**SEIBERT & BAUTISTA** 1365

California Deposition Reporters 12/11/2012

1,419.95

SSJB Checking    Inv. 283620, 283640 (1550)    1,419.95

# INVOICE

Tooker & Antz
Court Reporting And Video Services
350 Sansome Street, #700
San Francisco CA 94104
Phone:415-392-0650  Fax:415-392-3897

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45570 | 11/09/2012 | 8544 |

| Job Date | Case No. |
|---|---|
| 10/29/2012 | 1:11CV-01271-LJO-DLB |

| Case Name |
|---|
| Oyarzo, Benjamin v. Tuolumne Fire District |

| Payment Terms |
|---|
| Due upon receipt |

Joseph Bautista, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Number 17-129
Twain Harte CA  95383

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Constantine Boubalos | 83.00  Pages | 385.95 |
| Certification Fee | | 16.00 |
| Exhibits (B&W) | 29.00  Pages | 10.15 |
| Postage and Handling | | 26.50 |
| | **TOTAL DUE  >>>** | **$438.60** |

Thank you for your business!

**Tax ID:** 94-3216579

---

*Please detach bottom portion and return with payment.*

Joseph Bautista, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Number 17-129
Twain Harte CA  95383

Job No.      : 8544           BU ID      : 1-MAIN
Case No.     : 1:11CV-01271-LJO-DLB
Case Name  : Oyarzo, Benjamin v. Tuolumne Fire District

Invoice No. : 45570         Invoice Date : 11/09/2012
**Total Due  : $ 438.60**

Remit To: **Tooker & Antz**
**Court Reporting And Video Services**
**350 Sansome Street, #700**
**San Francisco CA  94104**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

**SEIBERT & BAUTISTA**                                                1369

Tooker & Antz                                    12/13/2012              438.60

SSJB Checking          Inv. # 45570 (1550)                              438.60

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Seibert & Bautista |
|---|---|
| Taking Attorney: | Shannon Seibert |
| Case Name: | Oyarzo vs Tuolumne Fire District |
| Case No.: | 1:11-CV-01271-LJO-DLB |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A60894E AA |
|---|---|
| FIRM NO. | 1237007 |
| INVOICE DATE | 11/12/2012 |
| DUE UPON RECEIPT | |

Description: Reporter's transcript of the deposition of Toney W. Powers, taken 10/22/2012.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Business Rate | 296.00 | $ 4.35 | $ 1,287.60 |
| Videotaped (per page) | 296.00 | $ .40 | $ 118.40 |
| Exhibit Copies (pages) | 112.00 | $ .40 | $ 44.80 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing & Handling Fee | 1.00 | $ 30.00 | $ 30.00 |
| Regular Delivery | 1.00 | $ 20.00 | $ 20.00 |
| Attendance, Full Day | 1.00 | $ 200.00 | $ 200.00 |
| Conference Room  N/C  ($134.68) | 1.00 | $ .00 | $ .00 |

| PAYMENTS | | | - $ 0.00 |
|---|---|---|---|
| BALANCE DUE | | | $ 1,740.80 |

A service fee of .75% per month will be added to any invoice over 30 days old.

— — — — — — — — — — Fold and tear at this perforation, then return stub with payment. — — — — — — — — — —

| BALANCE DUE | $  1,740.80 |
|---|---|

| INVOICE NO. | A60894E AA |
|---|---|
| FIRM NO. | 1237007 |

For: Reporter's transcript of the deposition of Toney W. Powers, taken 10/22/2012.

From: Shannon Seibert
Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco, CA 94111-5235

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

| | | | | PHONE: | 800-288-3376 |
| | | | | | 818-551-7300 |
| | | | | FACSIMILE: | 800-925-5910 |
| | | | | | 818-551-7330 |
| | | | | FEDERAL ID#: | 95-4189037 |

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD
THIRD FLOOR
GLENDALE, CA 91203-4725

**STATEMENT OF ACCOUNT**

Your Account Representative: Diana Pozo

Seibert & Bautista
100 Pine Street
Suite 1250
San Francisco,  CA 94111-5235

**ACCOUNT NUMBER: 1237007**         **STATEMENT DATE: 2/6/2013**

| INVOICE NUMBER- | INVOICE DATE- | FOR | CASE TITLE AND DESCRIPTION | CLAIM NO: INSURED NAME: | INVOICE AMOUNT | SERVICE FEES | AMOUNT PAID | BALANCE DUE | DAYS DUE |
|---|---|---|---|---|---|---|---|---|---|
| A60894E AA | 11/12/2012 | Shannon Seibert | Oyarzo vs Tuolumne Fire District Reporter's transcript of the deposition of Toney W. Powers, taken 10/22/2012. | *$1779.98* | $ 1,740.80 | $ 26.12 | $ .00 | $ 1,766.92 | 86 days |

*AS oF*
*3/12/13*

Total Balance Due:

Atkinson Baker  3/17/2013

1,779.98
1,303.30

SSJB Checking     A604894E, A607766, A60BDD6     3,083.28

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11134*

| Date | Terms |
|------|-------|
| 11/15/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/04/2012 | 8861 | HOLLY HENSYEL-FIERRO | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of JASON PODESTA** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (129 Units) | $ 0.55 | 1.00 | $ 70.95 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (115 Pages) | $ 5.15 | 1.00 | $ 592.25 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 728.20 |

| | | |
|--|--|--|
| Amount Due: | $ 728.20 |
| Paid: | $ 0.00 |

| Balance Due: | $ 728.20 |
|--------------|----------|
| Payment Due: | 04/04/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*11/15/12 AMOUNT DUE: $ 616.90*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11174*

| Date | Terms |
|------|-------|
| 11/15/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/01/2012 | 8860 | ROGER JACOBSON | 10/25/2012 | UPS |
| **Case Key** | | **Case** | | |
| | | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE | | |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of MARCELLA WELLS** | | | |
| Condensed/Index or Ascii | $15.00 | 1.00 | $15.00 |
| Exhibits Copied and Bound (39 Units) | $0.55 | 1.00 | $21.45 |
| Notary | $15.00 | 1.00 | $15.00 |
| Original Transcript and One Copy (202 Pages) | $5.15 | 1.00 | $1,040.30 |
| Shipping | $30.00 | 1.00 | $30.00 |
| Witness Letter, etc. | $5.00 | 1.00 | $5.00 |
| | | | $1,126.75 |

|  | Amount Due: | $1,126.75 |
|--|-------------|-----------|
|  | Paid: | $0.00 |

|  | Balance Due: | $1,126.75 |
|--|--------------|-----------|
|  | Payment Due: | 04/04/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*11/15/12  AMOUNT DUE: $ 1021.45*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11178*

| Date | Terms |
|------|-------|
| 11/15/2012 | Net 60 |

### Re-Sent On 02/08/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/17/2012 | 8863 | ROGER JACOBSON | 11/13/2012 | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of BRIAN MACHADO** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (254 Units) | $ 0.55 | 1.00 | $ 139.70 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (177 Pages) | $ 5.15 | 1.00 | $ 911.55 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 1,116.25 |

Amount Due: $ 1,116.25
Paid: $ 0.00

| | |
|---|---|
| Balance Due: | $ 1,116.25 |
| Payment Due: | 04/08/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*11/15/12 AMOUNT DUE: $ 936.25*

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

## THANK YOU FOR YOUR BUSINESS
### Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

## Central California Reporters
251 W. Jackson Street Sonora, Ca. 95370
Tax I.O. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

# Invoice #11172

| Date | Terms |
|------|-------|
| 11/15/2012 | Net 60 |

### Re-Sent On 02/05/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/09/2012 | 8862 | BOB FENNESSY, ROGER JACOBSON | | UPS |
| **Case Key** | | **Case** | | |
| | | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE | | |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of DARLENE HUTCHINS** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (171 Units) | $ 0.55 | 1.00 | $ 94.05 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (257 Pages) | $ 4.95 | 1.00 | $ 1,272.15 |
| Original Videotape(s) (6 Units) | $ 5.00 | 1.00 | $ 30.00 |
| Shipping | $ 39.00 | 1.00 | $ 39.00 |
| Shipping & Maintenance of Master Videotape(s) | $ 35.00 | 1.00 | $ 35.00 |
| Travel Time (4 Hours) | $ 25.00 | 0.50 | $ 50.00 |
| Video Setup and First Hour | $ 285.00 | 1.00 | $ 285.00 |
| Videographer Hourly Rate (5.75 Hours) | $ 80.00 | 1.00 | $ 460.00 |
| Videotape(s) copied to DVD(s) (6 Units) | $ 80.00 | 1.00 | $ 480.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 2,785.20 |

|  | Amount Due: | $ 2,785.20 |
|--|-------------|------------|
|  | Paid: | $ 0.00 |

| | Balance Due: | $ 2,785.20 |
|--|--------------|------------|
| | Payment Due: | 04/04/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*12/21/12  AMOUNT DUE: $ 2415.65*
*Court Reporter:   1291.90*
*Videotape:        1123.75*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

### *Invoice #11183*

| Date | Terms |
|------|-------|
| 11/19/2012 | Net 60 |

### Re-Sent On 02/08/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/18/2012 | 8886 | DAWN B. WOOD | 11/02/2012 | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of LAWRENCE A. HOUSEBERG** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (6 Units) | $ 0.55 | 1.00 | $ 3.30 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (53 Pages) | $ 5.15 | 1.00 | $ 272.95 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 346.25 |
| **Original Transcript of MICHAEL T. NOONAN** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (5 Units) | $ 0.55 | 1.00 | $ 2.75 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (73 Pages) | $ 5.15 | 1.00 | $ 375.95 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 448.70 |

Amount Due: $ 794.95
Paid: $ 0.00

| Balance Due: | $ 794.95 |
|--------------|----------|
| Payment Due: | 04/08/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*11/19/12  AMOUNT DUE: $ 734.20*

*Houseberg,  $346.25 or 319.80*
*Noonan,  $448.70 or 394.40*

*No perdiem; 53 or 73 pages @4.65*
*Notaries, $10 ea.  Witness letters, $5.00 ea*
*Exhibits, $.40 ea.  Shipping, 12.50 ea*
*Condensed, disk, $10 ea.*

**PAYMENT TERMS:  Payment is due upon receipt of invoice.  All accounts become past due after 60 days of**

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11137*

| Date | Terms |
|---|---|
| 12/12/2012 | Net 60 |

### Re-Sent On 02/08/2013

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 10/26/2012 | 8890 | HOLLY HENSYEL-FIERRO | | UPS |

| Case Key | Case |
|---|---|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript of VIRGINIA D. VAN BOLT** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (132 Units) | $ 0.55 | 1.00 | $ 72.60 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (267 Pages) | $ 5.15 | 1.00 | $ 1,375.05 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 1,512.65 |

| | Amount Due: | $ 1,512.65 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 1,512.65 |
|---|---|
| Payment Due: | 04/08/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*2/8/13 AMOUNT DUE: $ 1324.75*

*267 pg @ 4.65. Mini & ascii, 5; Notary, 10;*
*exh. 132@.35, 46.20; Letter, 2; S&H, $20*

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.

### THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA 95207
Phone:209 957-2841    Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283867 | 12/17/2012 | 63411 |
| **Job Date** | **Case No.** | |
| 12/12/2012 | 1:11-CV-01271-LJO-DLB | |

| Case Name |
|---|
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District |

| Payment Terms |
|---|
| Due upon receipt |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| James Rafferty | 49.00 | Pages | @ | 3.00 | 147.00 |
| Exhibit | 7.00 | Pages | @ | 0.45 | 3.15 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| ASCII file - CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 20.00 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Rex Buthmann | 131.00 | Pages | @ | 3.00 | 393.00 |
| Exhibit | 34.00 | Pages | @ | 0.45 | 15.30 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 10.00 | 10.00 |
| ASCII file - CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 20.00 | 20.00 |

*PAID WITH Discover 1/15/13. $694.45*

| | |
|---|---|
| **TOTAL DUE >>>** | **$694.45** |
| AFTER 1/16/2013 PAY | $763.90 |

**Tax ID:** 91-2141572                                Phone: 415-954-9455    Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

| | | | |
|---|---|---|---|
| Job No. | : 63411 | BU ID | : H AND M 2 |
| Case No. | : 1:11-CV-01271-LJO-DLB | | |
| Case Name | : Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| Invoice No. | : 283867 | Invoice Date | : 12/17/2012 |
| **Total Due** | **: $ 694.45** | | |
| AFTER 1/16/2013 PAY $763.90 | | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **California Deposition Reporters**
          **2453 Grand Canal Boulevard**
          **Suite J**
          **Stockton, CA 95207-6521**



Shannon Seibert <seibert@ssjblaw.com>

## Pay Invoices
1 message

**California Deposition Reporters** <scheduling@caldep.com>          Tue, Jan 15, 2013 at 3:36 PM
To: seibert@ssjblaw.com

**CALIFORNIA DEPOSITION REPORTERS** ®
Solutions you can depend on through innovative technology by dedicated professionals.

This receipt is an automatic response to your payment for invoice(s) listed below.

**Receipt No:4564-2617-6973-5216**

Please keep the receipt number for future reference. You'll need it when you contact customer service at California Deposition Reporters or PayPal.

**Billing Information**

| | |
|---|---|
| Name | Shannon Seibert |
| Address | PO Box 1761 Twain harte,CA 95383 |

| Invoice No. | Amount |
|---|---|
| 283867 | 694.45 |
| Total Amount | **$ 694.45** |

This e-mail contains proprietary information and may be confidential. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited.If you received this message in error, please delete it immediately.

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA 95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 283905 | 12/26/2012 | 63409 |

| Job Date | Case No. |
|---|---|
| 12/11/2012 | 1:11-CV-01271-LJO-DLB |

| Case Name |
|---|
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District |

| Payment Terms |
|---|
| Due upon receipt |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Nicholas Hart (V-2) | 102.00 Pages | @ | 3.00 | 306.00 |
| Exhibit | 96.00 Pages | @ | 0.45 | 43.20 |
| Condensed Copy/Word List | | | 26.00 | 26.00 |
| ASCII file - CD | | | 17.00 | 17.00 |
| Production and Handling | | | 20.00 | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Benjamin Oyarzo (V-2) | 137.00 Pages | @ | 3.00 | 411.00 |
| Exhibit | 167.00 Pages | @ | 0.45 | 75.15 |
| Condensed Copy/Word List | | | 26.00 | 26.00 |
| UPS Charges | | | 10.00 | 10.00 |
| ASCII file - CD | | | 17.00 | 17.00 |
| Production and Handling | | | 20.00 | 20.00 |

|  | |
|---|---|
| TOTAL DUE  >>> | **$971.35** |
| AFTER 1/25/2013  PAY | $1,068.49 |

**Tax ID:** 91-2141572                    Phone: 415-954-9455   Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

Job No.      : 63409            BU ID        : H AND M 2
Case No.    : 1:11-CV-01271-LJO-DLB
Case Name : Benjamin C. Oyarzo, Nicholas Hart vs.
                    Tuolumne Fire District

Invoice No. : 283905          Invoice Date : 12/26/2012
**Total Due  : $ 971.35**
AFTER 1/25/2013  PAY  $1,068.49

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **California Deposition Reporters
                   2453 Grand Canal Boulevard
                   Suite J
                   Stockton, CA 95207-6521**



Shannon Seibert <seibert@ssjblaw.com>

## Pay Invoices
1 message

**California Deposition Reporters** <scheduling@caldep.com>                    Wed, Jan 23, 2013 at 10:34 AM
To: seibert@ssjblaw.com

### CALIFORNIA DEPOSITION REPORTERS®
Solutions you can depend on through innovative technology by dedicated professionals.

This receipt is an automatic response to your payment for invoice(s) listed below.

**Receipt No:3845-4669-0920-2240**

Please keep the receipt number for future reference. You'll need it when you contact customer service at California Deposition Reporters or PayPal.

**Billing Information**
Name    Shannon Seibert
Address  PO Box 1761
         Twain Harte, CA 95383
Invoice No.    Amount
283905         971.35
Total Amount **$ 971.35**

This e-mail contains proprietary information and may be confidential. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please delete it immediately.

# INVOICE

## BOB FENNESSY'S PHOTO-VIDEO SERVICE
### 420 GROVE ST.
### ROSEVILLE, CA. 95678-1509
#### (916) 784-1867

| SOLD TO: | SHIP TO: |
|---|---|
| **SEIBERT & BAUTISTA** | |
| **22922 TWAIN HARTE DR.** | |
| **TWAIN HARTE, CA. 95372** | |

| SALES PERSON | SHIPPED VIA | TERMS | F.O.B. 1/7/13 |
|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | RE: OYARZO v. TUOLUMNE FIRE DISTRICT | | |
| | | | | |
| | | ONE EACH DVD COPY MADE FROM DIGITAL MASTERS | | |
| | | OF 12/11/12 DEPOSITIONS OF NICHOLAS HART AND | | |
| | | BENJAMIN OYARZO VOL.2- | | |
| | | ONE DVD COPY MADE FROM ONE SHORT-LENGTH | | 120:00 |
| | | DIGITAL MASTER OF BENJAMIN OYARZO- | | 15:00 |
| | | | | 135:00 |
| | | | UPS | 10:00 |
| | | | TOTAL | $145:00 |

Adams
NC2812-50

**INVOICE**

**SEIBERT & BAUTISTA**

1385

Bob Fennessy's Photo-Video Service

1/14/2013

145.00

SSJB Checking

Inv. No 089945 (1550)

145.00

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841   Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 284080 | 2/3/2013 | 63659 |
| **Job Date** | **Case No.** | |
| 1/29/2013 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Charles Mahla, Ph.D. | 68.00 | Pages | @ | 3.00 | 204.00 |
| Exhibit | 756.00 | Pages | @ | 0.30 | 226.80 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 10.00 | 10.00 |
| ASCII file – CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 20.00 | 20.00 |
| PDF transcript with linked exhibits | | | | 0.00 | 0.00 |

|  | |
|---|---|
| TOTAL DUE  >>> | **$503.80** |
| AFTER 3/5/2013  PAY | $554.18 |

**Tax ID:** 91-2141572

Phone: 415-954-9455    Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

| | | |
|---|---|---|
| Invoice No. | : | 284080 |
| Invoice Date | : | 2/3/2013 |
| **Total Due** | : | **$ 503.80** |
| AFTER 3/5/2013  PAY $554.18 | | |

Remit To:  **California Deposition Reporters**
**2453 Grand Canal Boulevard**
**Suite J**
**Stockton, CA  95207-6521**

| | | |
|---|---|---|
| Job No. | : | 63659 |
| BU ID | : | H AND M 2 |
| Case No. | : | 1:11-CV-01271-LJO-DLB |
| Case Name | : | Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District |

**SEIBERT & BAUTISTA**

1408

' California Deposition Reporters

3/5/2013

503.80

SSJB Checking

Inv. No. 284080 (1550)

503.80

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA  95207
Phone:209 957-2841    Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 284115 | 2/6/2013 | 63660 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2013 | 1:11-CV-01271-LJO-DLB | |

| Case Name | | |
|---|---|---|
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Beth De Lima | 101.00 Pages | @ | 3.00 | 303.00 |
| Exhibit | 197.00 Pages | @ | 0.45 | 88.65 |
| Condensed Copy/Word List | | | 0.00 | 0.00 |
| UPS Charges | | | 10.00 | 10.00 |
| ASCII file - CD | | | 0.00 | 0.00 |
| Production and Handling | | | 20.00 | 20.00 |

| | |
|---|---|
| TOTAL DUE  >>> | **$421.65** |
| AFTER 3/8/2013  PAY | $463.82 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 421.65 |

**Tax ID:** 91-2141572

Phone: 415-954-9455    Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Shannon Seibert
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA  95383

Job No.      :  63660              BU ID        : H AND M 2
Case No.    :  1:11-CV-01271-DLB
Case Name : Benjamin C. Oyarzo, Nicholas Hart vs.
                      Tuolumne Fire District

Invoice No. :  284115       Invoice Date  : 2/6/2013
**Total Due  :  $ 421.65**

Remit To: **California Deposition Reporters**
**2453 Grand Canal Boulevard**
**Suite J**
**Stockton, CA  95207-6521**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

## Activity > Invoice Detail

### Job Information

| | | | |
|---|---|---|---|
| Job No. | 63660 | Date | 2/1/2013 |
| Case Name | Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | Case No. | 1:11-CV-01271-LJO-DLB |
| Ordering Firm | Mayall Hurley P.C. | Ordering Attorney | J. Anthony Abbott |
| Ordered By | Kristie Parises | Client Matter No. | |

### Invoice Detail

| | | | |
|---|---|---|---|
| Invoice No. | 284115 | Date | 2/6/2013 |
| Bill To Firm | Seibert & Bautista | Bill To Attorney | Shannon Seibert |
| Sold To Firm | Seibert & Bautista | Sold To Attorney | Shannon Seibert |
| Amount | $ 421.65 | Balance | $ 0.00 |
| Late Charge | $ 0.00 | Finance Charge | $ 0.00 |

| Witness | Pages | Begin | End | Volume | Resource | |
|---|---|---|---|---|---|---|
| Beth De Lima | 101 | 1 | 101 | 1 | Vicki Jelley 2 | |
| | Item | | | | Units | Amount |
| | Copy | | | | 101.00 | $ 303.00 |
| | Exhibit | | | | 197.00 | $ 88.65 |
| | ASCII file - CD | | | | 1.00 | $ 0.00 |
| | Condensed Copy/Word List | | | | 1.00 | $ 0.00 |
| | Production and Handling | | | | 1.00 | $ 20.00 |
| | UPS Charges | | | | 1.00 | $ 10.00 |

### Payment History

| Transaction Type | Date | Payment Type | Amount | Check No. |
|---|---|---|---|---|
| Payment | 3/5/2013 | PayPal | $ 421.65 | 51590953LA7760016 |

### Files

| File Name | File Type | Description | Size(KB) | Reviewed | Action |
|---|---|---|---|---|---|
| INV284115.pdf | Invoice | Invoice | 48 | Mark as Reviewed | |

Back

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Joe Bautista
Seibert & Bautista
P.O. Box 1490
Twain Harte, CA 95383-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Mayall Hurley, P.C. |
| --- | --- |
| Taking Attorney: | J. Anthony Abbott |
| Case Name: | Oyarzo et al v Tuolumne Fire Dist et al |
| Case No.: | 1:11-CV-01271-LJO-DLB |

| INVOICE NO. | A7009FE AB |
| --- | --- |
| FIRM NO. | 1241623 |
| INVOICE DATE | 02/20/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of Paul Stein, taken 2/4/2013. | $  329.65 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $  329.65 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - -

| BALANCE DUE | $  329.65 |
| --- | --- |

| INVOICE NO. | A7009FE AB |
| --- | --- |
| FIRM NO. | 1241623 |

For: Certified copy of the reporter's transcript of the deposition of Paul Stein, taken 2/4/2013.

From: Joe Bautista
Seibert & Bautista
P.O. Box 1490
Twain Harte, CA 95383-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

---

Shannon Seibert
Seibert & Bautista
P.O. Box 1490
Twain Harte, CA 95383-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Mayall Hurley, P.C. |
| Taking Attorney: | J. Anthony Abbott |
| Case Name: | Oyarzo et al v Tuolumne Fire Dist et al |
| Case No.: | 1:11-CV-01271-LJO-DLB |

| INVOICE NO. | A700B74 AB |
|---|---|
| FIRM NO. | 1241623 |
| INVOICE DATE | 02/22/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David S. Moore, taken 2/6/2013. | $ 234.00 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 234.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

- - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - -

| BALANCE DUE | $ 234.00 |
|---|---|
| INVOICE NO. | A700B74 AB |
| FIRM NO. | 1241623 |

For: Certified copy of the reporter's transcript of the deposition of David S. Moore, taken 2/6/2013.

From: Shannon Seibert
Seibert & Bautista
P.O. Box 1490
Twain Harte, CA 95383-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**SEIBERT & BAUTISTA**

Atkinson Baker

3/24/2013

1427

563.65

SSJB Checking

Inv #s A7009FE, A700B74 (1550)

563.65



SEIBERT & BAUTISTA

# Invoice #11243

**Central California Reporters** <centralcaliforniareporters@mlode.com>          Mon, Apr 22, 2013 at 11:10 AM
To: seibert@ssjblaw.com

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185

SHANNON SEIBERT                                                    *Invoice #11243*
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

| Date | Terms |
|------|-------|
| 04/22/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 03/14/2013 | 9013 | BARBARA A COMO GENSHLEA | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE DISTRICT - FOLSOM |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of CRAIG M. ENOS CPA** | | | |
| Condensed/Index or Ascii | $15.00 | 1.00 | $15.00 |
| Exhibits Copied and Bound (483 Units) | $0.45 | 1.00 | $217.35 |
| Notary | $15.00 | 1.00 | $15.00 |
| Original Transcript and One Copy (80 Pages) | $5.15 | 1.00 | $412.00 |
| Original Transcript, bus/tech/med (80 Pages) | $0.50 | 1.00 | $40.00 |
| Shipping | $30.00 | 1.00 | $30.00 |
| Witness Letter, etc. | $5.00 | 1.00 | $5.00 |

**$734.35**

*OR IF PAID WITHIN 60 DAYS OF*                    Amount Due:          $734.35
*4/22/13 AMOUNT DUE: $ 604.40*

Paid:          $0.00

| Balance Due: | $734.35 |
|--------------|---------|
| Payment Due: | 06/21/2013 |

**PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.**

Shannon Seibert <seibert@ssjblaw.com>                              Mon, Apr 22, 2013 at 11:28 AM
To: centralcaliforniareporters <centralcaliforniareporters@mlode.com>

**SEIBERT & BAUTISTA**

Central California Court Reporters

**1458**

5/26/2013

604.40

SSJB Checking

Inv. 9013 (1550)

604.40

# INVOICE

Hill & McPherson
2453 Grand Canal
Suite J
Stockton, CA 95207
Phone:209 957-2841  Fax:209-957-2400

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 285500 | 9/10/2013 | 64821 |
| **Job Date** | **Case No.** | |
| 8/30/2013 | 1:11-CV-01271-LJO-DLB | |
| **Case Name** | | |
| Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joe Bautista
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kevin C. Booth, M.D. | 38.00 | Pages | @ | 3.00 | 114.00 |
| Exhibit | 43.00 | Pages | @ | 0.45 | 19.35 |
| Condensed Copy/Word List | | | | 26.00 | 26.00 |
| UPS Charges | | | | 10.00 | 10.00 |
| ASCII file - CD | | | | 17.00 | 17.00 |
| Production and Handling | | | | 22.00 | 22.00 |
| PDF transcript with linked exhibits | | | | 0.00 | 0.00 |

TOTAL DUE >>>   **$208.35**
AFTER 10/10/2013 PAY   $229.19

*Called 10/23/13 - Already paid (check CC statement)*

**Tax ID:** 91-2141572

Phone: 415-954-9455   Fax:888-874-8107

*Please detach bottom portion and return with payment.*

Joe Bautista
Seibert & Bautista
18711 Tiffeni Drive
#17-129
Twain Harte, CA 95383

Job No.      : 64821          BU ID      :H AND M 2
Case No.    : 1:11-CV-01271-LJO-DLB
Case Name : Benjamin C. Oyarzo, Nicholas Hart vs.
              Tuolumne Fire District
Invoice No. : 285500      Invoice Date  :9/10/2013
**Total Due  : $ 208.35**
AFTER 10/10/2013  PAY  $229.19

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **California Deposition Reporters**
**2453 Grand Canal Boulevard**
**Suite J**
**Stockton, CA 95207-6521**

**Job Information**

| Job No. | 64821 | | Date | 8/30/2013 |
|---|---|---|---|---|
| Case Name | Benjamin C. Oyarzo, Nicholas Hart vs. Tuolumne Fire District | | Case No. | 1:11-CV-01271-LJO-DLB |
| Ordering Firm | Mayall Hurley P.C. | | Ordering Attorney | J. Anthony Abbott |
| Ordered By | Kristie Parises | | Client Matter No. | |

**Invoice Detail**

| Invoice No. | 285500 | | Date | 9/10/2013 |
|---|---|---|---|---|
| Bill To Firm | Seibert & Bautista | | Bill To Attorney | Joe Bautista |
| Sold To Firm | Seibert & Bautista | | Sold To Attorney | Joe Bautista |
| Amount | $ 208.35 | | Balance | $ 0.00 |
| Late Charge | $ 20.84 | | Finance Charge | $ 0.00 |

| Witness | Pages | Begin | End | Volume | Resource | | |
|---|---|---|---|---|---|---|---|
| Kevin C. Booth, M.D. | 38 | 1 | 39 | 1 | Lisa Metzer 2 | | |
| | Item | | | | Units | Rate | Amount |
| | Copy | | | | 38.00 | 3.00 | $ 114.00 |
| | Exhibit | | | | 43.00 | 0.45 | $ 19.35 |
| | Condensed Copy/Word List | | | | 1.00 | 26.00 | $ 26.00 |
| | UPS Charges | | | | 1.00 | 10.00 | $ 10.00 |
| | ASCII file - CD | | | | 1.00 | 17.00 | $ 17.00 |
| | Production and Handling | | | | 1.00 | 22.00 | $ 22.00 |
| | PDF transcript with linked exhibits | | | | 1.00 | 0.00 | $ 0.00 |

**Payment History**

| Transaction Type | Date | Payment Type | | Amount | Check No. |
|---|---|---|---|---|---|
| Payment | 11/14/2013 | PayPal | | $ 208.35 | 41L574733S643633K |

**Files**

| File Name | File Type | Description | Size(KB) | Reviewed | Action |
|---|---|---|---|---|---|
| INV285500.pdf | Invoice | Invoice | 52 | Mark as Reviewed | ▦ |

Back

Paid 11/14/13

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE; CA 95372

# *Invoice #11287*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/29/2012 | 8920 | DAWN B. WOOD | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - SONORA |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of CRAIG PEDRO** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (107 Units) | $ 0.55 | 1.00 | $ 58.85 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (121 Pages) | $ 5.15 | 1.00 | $ 623.15 |
| Original Transcript, bus/tech/med (121 Pages) | $ 0.50 | 1.00 | $ 60.50 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 807.50 |

Amount Due: $ 807.50
Paid: $ 0.00

| Balance Due: | $ 807.50 |
|--------------|----------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*10/2/13 AMOUNT DUE: $ 683.46*

**PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.**

## THANK YOU FOR YOUR BUSINESS

Please remit payment to: 251 West Jackson Street, Sonora, CA 95370

Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11138*

| Date | Terms |
| --- | --- |
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 10/25/2012 | 8889 | DAWN B. WOOD | | UPS |

| Case Key | Case |
| --- | --- |
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
| --- | --- | --- | --- |
| **Original Transcript of NICHOLAS OHLER** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (117 Units) | $ 0.55 | 1.00 | $ 64.35 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (267 Pages) | $ 5.15 | 1.00 | $ 1,375.05 |
| Original Transcript, bus/tech/med (0 Pages) | | 1.00 | $ 0.00 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 1,504.40 |

| | |
| --- | --- |
| Amount Due: | $ 1,504.40 |
| Paid: | $ 0.00 |

*OR IF PAID WITHIN 60 DAYS OF
10/2/13  AMOUNT DUE: $1319.50*

| Balance Due: | $ 1,504.40 |
| --- | --- |
| Payment Due: | 12/02/2013 |

**PAYMENT TERMS:  Payment is due upon receipt of invoice.  All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.**

## THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

### Invoice #11289

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/31/2012 | 8892 | DAWN B. WOOD | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of COLLEEN MURRAY** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (14 Units) | $ 0.55 | 1.00 | $ 7.70 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (189 Pages) | $ 5.15 | 1.00 | $ 973.35 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 1,051.05 |
| **Original Transcript of JEREMY PROCTOR** | | | |
| Condensed/Index or Ascii | $ 10.00 | 1.00 | $ 10.00 |
| Exhibits Copied and Bound (18 Units) | $ 0.55 | 1.00 | $ 9.90 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (159 Pages) | $ 5.15 | 1.00 | $ 818.85 |
| Shipping | $ 10.00 | 1.00 | $ 10.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 873.75 |

Amount Due: $ 1,924.80
Paid: $ 0.00

| Balance Due: | $ 1,924.80 |
|--------------|------------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF
10/02/13. AMOUNT DUE: $ 1685.85*

**PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.**

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

### *Invoice #11291*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 12/07/2012 | 8946 | DAWN B. WOOD | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of JAMES MANSKE** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (31 Units) | $ 0.55 | 1.00 | $ 17.05 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (141 Pages) | $ 5.15 | 1.00 | $ 726.15 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 813.20 |
| **Original Transcript of JULIE HENRIQUES** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (7 Units) | $ 0.55 | 1.00 | $ 3.85 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (74 Pages) | $ 5.15 | 1.00 | $ 381.10 |
| Shipping - Multiple Witnesses | $ 10.00 | 1.00 | $ 10.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 434.95 |

Amount Due: $ 1,248.15
Paid: $ 0.00

*OR IF PAID WITHIN 60 DAYS OF
10/02/13  AMOUNT DUE: $ 1087.05*

| Balance Due: | $ 1,248.15 |
|--------------|------------|
| Payment Due: | 12/02/2013 |

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.

### THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11301*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 12/10/2012 | 8947 | | 01/04/2013 | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of JAMES MALTESE** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibit Binder(s) (2 Units) | $ 20.00 | 1.00 | $ 40.00 |
| Exhibits color copied (5 Units) | $ 1.65 | 1.00 | $ 8.25 |
| Exhibits Copied and Bound (668 Units) | $ 0.35 | 1.00 | $ 233.80 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (127 Pages) | $ 5.15 | 1.00 | $ 654.05 |
| Original Transcript, bus/tech/med (127 Pages) | $ 0.50 | 1.00 | $ 63.50 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 5.00 | 1.00 | $ 5.00 |
| | | | $ 1,064.60 |

Amount Due: $ 1,064.60
Paid: $ 0.00

*OR IF PAID WITHIN 60 DAYS OF
10/02/13 AMOUNT DUE: $ 864.95*

| Balance Due: | $ 1,064.60 |
|--------------|-----------|
| Payment Due: | 12/02/2013 |

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

## THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11327*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 03/12/2013 | 9008 | HOLLY HENSYEL-FIERRO | | UPS |

| Case Key | Case |
|----------|------|
| OYA V TUO | OYARZO vs. TUOLUMNE FIRE DISTRICT - VALLEY SPRINGS |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of SCOTT KENLEY** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (47 Units) | $ 0.55 | 1.00 | $ 25.85 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (104 Pages) | $ 5.15 | 1.00 | $ 535.60 |
| Scanned Exhibits | $ 7.00 | 1.00 | $ 7.00 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Transcript cc bus/tech/med (104 Pages) | $ 0.75 | 1.00 | $ 78.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 716.45 |

Amount Due: $ 716.45
Paid: $ 0.00

| Balance Due: | $ 716.45 |
|--------------|----------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*10/02/13  AMOUNT DUE: $ 564.24*

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

## THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11278*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 03/08/2013 | 9007 | PAM BROTT | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE COUNTY FIRE- CCR |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of LAWRENCE R. CRABTREE** | | | |
| Appearance fee | | 1.00 | $ 0.00 |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (250 Units) | $ 0.55 | 1.00 | $ 137.50 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (180 Pages) | $ 5.15 | 1.00 | $ 927.00 |
| Original Transcript, bus/tech/med (180 Pages) | $ 0.50 | 1.00 | $ 90.00 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 1,224.50 |

Amount Due: $ 1,224.50
Paid: $ 0.00

| Balance Due: | $ 1,224.50 |
|--------------|-----------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*10/02/13 AMOUNT DUE: $ 1015.50*

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

## THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11326*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 03/13/2013 | 9006 | | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - SONORA |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of DEBRA BAUTISTA** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (14 Units) | $ 0.55 | 1.00 | $ 7.70 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (80 Pages) | $ 5.15 | 1.00 | $ 412.00 |
| Original Transcript, bus/tech/med (80 Pages) | $ 0.50 | 1.00 | $ 40.00 |
| Shipping | $ 25.00 | 1.00 | $ 25.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 524.70 |
| **Original Transcript of JUSTIN BIRTWHISTLE** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (175 Units) | $ 0.55 | 1.00 | $ 96.25 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (130 Pages) | $ 5.15 | 1.00 | $ 669.50 |
| Original Transcript, bus/tech/med (130 Pages) | $ 0.50 | 1.00 | $ 65.00 |
| Shipping | $ 25.00 | 1.00 | $ 25.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 895.75 |

| | |
|---|---|
| Amount Due: | $ 1,420.45 |
| Paid: | $ 0.00 |

| Balance Due: | $ 1,420.45 |
|--------------|------------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF
10/2/13 AMOUNT DUE: $1236.00*

*$4.65 per page*
*$10 notary each; witness letter, $2.00 ea. Return exhibits $*
*6.00; mini's, indexes, cd's, pdf, $10 total each; Shipping*
*$20.00 ea   Exhibits and tabs, $.35 ea*

THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370

PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

# *Invoice #11297*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 10/30/2012 | 8891 | | | UPS |
| **Case Key** | | **Case** | | |
| | | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE | | |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of SEAN MCKERNAN** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (121 Units) | $ 0.55 | 1.00 | $ 66.55 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (147 Pages) | $ 5.15 | 1.00 | $ 757.05 |
| Shipping | $ 20.00 | 1.00 | $ 20.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 883.60 |
| **Original Transcript of TIM WERTH** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (50 Units) | $ 0.55 | 1.00 | $ 27.50 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (56 Pages) | $ 5.15 | 1.00 | $ 288.40 |
| Shipping | $ 20.00 | 1.00 | $ 20.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 375.90 |

Amount Due: $ 1,259.50
Paid: $ 0.00

| Balance Due: | $ 1,259.50 |
|--------------|------------|
| Payment Due: | 12/02/2013 |

*OR IF PAID WITHIN 60 DAYS OF*
*10/2/13  AMOUNT DUE: $ 1002.30*

**PAYMENT TERMS: Payment is due upon receipt of invoice. All accounts become past due after 60 days of receipt of invoice and are subject to a late charge of 1.5% per month.**

## THANK YOU FOR YOUR BUSINESS
Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

**Central California Reporters**
251 W. Jackson Street Sonora, Ca. 95370
Tax I.D. 94-2827708
Phone: 800.347.2185



SHANNON SEIBERT
SEIBERT & BAUTISTA
22922 TWAIN HARTE DRIVE
TWAIN HARTE, CA 95372

## *Invoice #11299*

| Date | Terms |
|------|-------|
| 10/02/2013 | Net 60 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|-----|--------|----------|---------------|-------------|
| 11/29/2012 | 8936 | HOLLY HENSYEL-FIERRO; ROGER JACOBSON | | UPS |

| Case Key | Case |
|----------|------|
| | OYARZO vs. TUOLUMNE FIRE - TWAIN HARTE |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of GRANT MILLER** | | | |
| Condensed/Index or Ascii | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Bound (25 Units) | $ 0.55 | 1.00 | $ 13.75 |
| Notary | $ 15.00 | 1.00 | $ 15.00 |
| Original Transcript and One Copy (102 Pages) | $ 5.15 | 1.00 | $ 525.30 |
| Shipping | $ 30.00 | 1.00 | $ 30.00 |
| Witness Letter, etc. | $ 10.00 | 1.00 | $ 10.00 |
| | | | $ 609.05 |

Amount Due: $ 609.05
Paid: $ 0.00

*OR IF PAID WITHIN 60 DAYS OF*
*10/02/13  AMOUNT DUE: $ 489.45*

| Balance Due: | $ 609.05 |
|--------------|----------|
| Payment Due: | 12/02/2013 |

**PAYMENT TERMS:** Payment is due upon receipt of invoice. All accounts become past due after 60 days of
receipt of invoice and are subject to a late charge of 1.5% per month.

## THANK YOU FOR YOUR BUSINESS
### Please remit payment to: 251 West Jackson Street, Sonora, CA 95370
Please note service fee of 1% will be applied to accounts past due over 60 days.

AO 436
(Rev. 04/13)

*Read Instructions.*

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

| 1. NAME<br>Shannon Seibert | 2. PHONE NUMBER<br>(209) 586-2890 | 3. EMAIL ADDRESS | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>18711 Tiffeni Drive | 5. CITY<br>Twain Harte | 6. STATE<br>CA | 7. ZIP CODE<br>95383 |

| 8. CASE NUMBER<br>1:11-cv-1271 | 9. CASE NAME<br>Oyarzo et al v. TFD et al | DATES OF PROCEEDINGS<br>10. FROM 12/3/2013    11. TO  12/17/2013 | |
|---|---|---|---|
| 12. PRESIDING JUDGE<br>Stanley A. Boone | | LOCATION OF PROCEEDINGS<br>13. CITY Fresno    14. STATE CA | |

### 15. ORDER FOR

| | | |
|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)*<br>Jury Trial and hearing re: Liquidating | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | damages | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD<br>CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 11 | 330.00 |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| | |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY      ORDER RECEIPT      ORDER COPY

# Fees and disbursements for printing

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|----------|------|--------|--------|
| 03/18/11 | Complaint  (Dkt. No. 1) | 13 | $0.10 | $0.65 | Both |
| 03/21/11 | Civil Cover Sheet  (Dkt. No. 2) | 1 | $0.10 | $0.05 | Both |
| 03/21/11 | Reciept  (Dkt. No. 3) | 2 | $0.10 | $0.10 | Both |
| 03/21/11 | Summons  (Dkt. No. 4) | 2 | $0.10 | $0.10 | Both |
| 03/24/11 | Civil New Case Documents Issued  (Dkt. No. 5) | 7 | $0.10 | $0.35 | Both |
| 03/24/11 | Complaint (Dkt. No. N-1) | 15 | $0.10 | $0.75 | Both |
| 03/24/11 | Civil Cover Sheet  (Dkt. No. N-2) | 1 | $0.10 | $0.05 | Both |
| 03/25/11 | Reciept  (Dkt. No. N-3) | 2 | $0.10 | $0.10 | Both |
| 03/25/11 | Summons (Dkt. No. N-4) | 2 | $0.10 | $0.10 | Both |
| 03/25/11 | Civil New Case Documents Issues  (Dkt. No. N-5) | 7 | $0.10 | $0.35 | Both |
| 03/28/11 | Notice of Related Case (Dkt. No. 6) | 2 | $0.10 | $0.10 | Both |
| 03/28/11 | Related Case Order (Dkt. No. 7) | 2 | $0.10 | $0.10 | Both |
| 03/28/11 | Related Case Order (Dkt. No. N-6) | 1 | $0.10 | $0.05 | Both |
| 03/28/11 | Civil New Case Documents Issued  (Dkt. No. N-8) | 7 | $0.10 | $0.35 | Both |
| 04/15/11 | Amended Complaint (Dkt. No. 8) | 14 | $0.10 | $0.70 | Both |
| 04/15/11 | Amended Summons Issued (Dkt. No. N-9) | 2 | $0.10 | $0.10 | Both |
| 04/15/11 | First Amended Complaint (Dkt. No. N-10) | 15 | $0.10 | $0.75 | Both |
| 05/11/11 | Summons Executed (Dkt. No. 9) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. 10) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. 11) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. 12) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. N-11) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. N-12) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. N-13) | 1 | $0.10 | $0.05 | Both |
| 05/11/11 | Summons Executed (Dkt. No. N-14) | 1 | $0.10 | $0.05 | Both |
| 05/13/11 | Notice and 12b6 Motion  (Dkt No. 15) | 14 | $0.10 | $0.70 | Both |
| 05/13/11 | Motion to Dismiss (Dkt. No. 13) | 16 | $0.10 | $0.80 | Both |
| 05/13/11 | Motion to Dismiss (Dkt. No. N-15) | 14 | $0.10 | $0.70 | Both |
| 06/20/11 | Waiver of Service (Dkt. No. 14) | 1 | $0.10 | $0.05 | Both |
| 06/20/11 | Waiver of Service (Dkt. No. N-16) | 1 | $0.10 | $0.05 | Both |
| 07/08/11 | Joint Scheduling Report (Dkt. No. 15) | 6 | $0.10 | $0.30 | Both |
| 07/08/11 | Opposition to Motion to Dismiss (Dkt. No. 16) | 15 | $0.10 | $0.75 | Both |
| 07/08/11 | Joint Status Report (Dkt. No. N-17) | 6 | $0.10 | $0.30 | Both |
| 07/08/11 | Oppositions (Dkt. No. N-18) | 13 | $0.10 | $0.65 | Both |
| 07/15/11 | 12b6 Motion Reply (Dkt. No. 19) | 8 | $0.10 | $0.40 | Both |
| 07/15/11 | Reply (Dkt. No. 17) | 8 | $0.10 | $0.40 | Both |
| 07/15/11 | Reply (Dkt. No. N-19) | 8 | $0.10 | $0.40 | Both |
| 07/18/11 | Minute Order (Dkt. No. N-20) | 1 | $0.10 | $0.05 | Both |
| 08/01/11 | Minute Order (Dkt. No. 18) | 1 | $0.10 | $0.05 | Both |
| 08/01/11 | Minute Order (Dkt. No. 19) | 1 | $0.10 | $0.05 | Both |
| 08/01/11 | Clerks Notice (Dkt. No. 20) | 1 | $0.10 | $0.05 | Both |
| 08/01/11 | Minute Order (Dkt. No. N-21) | 1 | $0.10 | $0.05 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|----------|------|--------|--------|
| 08/03/11 | Minute Order (Dkt. No. 21) | 1 | $0.10 | $0.05 | Both |
| 08/30/11 | Order on Motion to Dismiss (Dkt. No. 24) | 17 | $0.10 | $0.85 | Both |
| 08/30/11 | Minute Order (Dkt. No. 22) | 1 | $0.10 | $0.05 | Both |
| 09/01/11 | Stipulation to Consolidate (Dkt. No. 23) | 2 | $0.10 | $0.10 | Both |
| 09/02/11 | Order Consolidating Cases (Dkt. No. 24-N) | 2 | $0.10 | $0.10 | Both |
| 09/02/11 | Order to Consolidate (Dkt. No. 24) | 1 | $0.10 | $0.05 | Both |
| 09/19/11 | Amended Complaint (Dkt. No. 25) | 24 | $0.10 | $1.20 | Both |
| 10/11/11 | Stipulation and Proposed Order (Dkt. No. 26) | 3 | $0.10 | $0.15 | Both |
| 10/12/11 | Stip to Extend Time for Answer (Dkt. No. 27) | 3 | $0.10 | $0.15 | Both |
| 10/25/11 | Answer (Dkt No. 28) | 13 | $0.10 | $0.65 | Both |
| 10/27/11 | Minute Order (Dkt. No. 29) | 1 | $0.10 | $0.05 | Both |
| 12/08/11 | Joint Scheduling Report (Dkt. No. 30) | 7 | $0.10 | $0.35 | Both |
| 12/15/11 | Minute Order (Dkt. No. 34) | 1 | $0.10 | $0.05 | Both |
| 12/20/11 | Scheduling Order (Dkt. No. 32) | 6 | $0.10 | $0.30 | Both |
| 03/28/12 | Notice of Depositions of Defendants | 5 | $0.10 | $0.25 | Both |
| 07/09/12 | Motion to Quash Subpoenas (Dkt. No. 33) | 3 | $0.10 | $0.15 | Both |
| 07/24/12 | Minute Order (Dkt. No. 31) | 1 | $0.10 | $0.05 | Both |
| 07/30/12 | Plaintiffs PMK Notice 2nd Amended | 19 | $0.10 | $0.95 | Both |
| 08/06/12 | Plaintiffs Notice of Depositions of Multiple Defendants | 11 | $0.10 | $0.55 | Both |
| 08/17/12 | Joint Statement (Dkt. No. 35) | 15 | $0.10 | $0.75 | Both |
| 08/24/12 | Minute Order (Dkt. No. 36) | 1 | $0.10 | $0.05 | Both |
| 08/28/12 | Order on Motion to Quash (Dkt. No. 37) | 8 | $0.10 | $0.40 | Both |
| 08/28/12 | Plaintiffs Notice of Depositions of Multiple Defendants (Amended) | 8 | $0.10 | $0.40 | Both |
| 08/29/12 | Stipulated Protective Order (Dkt. No. 38) | 14 | $0.10 | $0.70 | Both |
| 08/31/12 | Stipulated Protective Order (Dkt. No. 39) | 14 | $0.10 | $0.70 | Both |
| 09/28/12 | Multiple Subpoenas and Notices of Depositions of 18 Witnesses with Request for Documents | 128 | $0.10 | $6.40 | Both |
| 10/01/12 | Plaintiffs Supplemental Responses to Defendants Discovery | 26 | $0.10 | $1.30 | Both |
| 10/24/12 | Minute Order (Dkt. No.40) | 1 | $0.10 | $0.05 | Both |
| 10/30/12 | Minutes (Dkt. No. 41) | 1 | $0.10 | $0.05 | Both |
| 11/01/12 | Further Scheduling Order (Dkt. No. 42) | 2 | $0.10 | $0.10 | Both |
| 11/14/12 | Multiple Defendant Responses to Requests for Admission | 38 | $0.10 | $1.90 | Both |
| 12/03/12 | Plaintiffs Amended responses to RFP | 8 | $0.10 | $0.40 | Both |
| 12/14/12 | Stipulation (Dkt. No. 43) | 2 | $0.10 | $0.10 | Both |
| 12/14/12 | Plaintiffs Response to Request for Production (three) | 34 | $0.10 | $1.70 | Both |
| 12/21/12 | Hutchins Response to Hart's RFA | 7 | $0.10 | $0.35 | Both |
| 01/04/13 | Order (Dkt. No. 44) | 1 | $0.10 | $0.05 | Both |
| 01/15/13 | Defendants Expert Designation | 3 | $0.10 | $0.15 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|---------:|------|--------:|--------|
| 01/15/13 | Plaintiffs Expert Disclosure | 4 | $0.10 | $0.20 | Both |
| 01/16/13 | TFD response to Interrogatories and Request for Production | 14 | $0.10 | $0.70 | Both |
| 01/21/13 | Plaintiffs Objections to Expert Depositions | 24 | $0.10 | $1.20 | Both |
| 02/03/13 | Plaintiffs Supplemental Expert Report of Stein | 10 | $0.10 | $0.50 | Both |
| 02/05/13 | Stipulation (Dkt. No. 46) | 3 | $0.10 | $0.15 | Both |
| 02/07/13 | Order Continuing ESC (Dkt. No. 47) | 3 | $0.10 | $0.15 | Both |
| 02/08/13 | Order to Continue (Dkt. No. 48) | 1 | $0.10 | $0.05 | Both |
| 02/27/13 | Notice of Def. Settlement Conference Statement (Dkt. No. 49) | 1 | $0.10 | $0.05 | Both |
| 02/27/13 | Notice Plaintiff ESC Statement (Dkt. No. 50) | 1 | $0.10 | $0.05 | Both |
| 03/04/13 | Subpoena and Notice of Depositions of Defendants Expert Witnesses | 16 | $0.10 | $0.80 | Both |
| 03/13/13 | Motion for Leave to Amend Answer (Dkt. No. 52) | 26 | $0.10 | $1.30 | Both |
| 03/15/13 | Motion to Amend Complaint (Dkt. No. 54) | 2 | $0.10 | $0.10 | Both |
| 03/15/13 | Motion to Compel Def. Responses to Discovery (Dkt. No. 53) | 9 | $0.10 | $0.45 | Both |
| 03/20/13 | MSJ Re Machado (1st version - not filed) | 48 | $0.10 | $2.40 | Both |
| 04/03/13 | Stip to Amend Answer (Dkt. No. 57) | 2 | $0.10 | $0.10 | Both |
| 04/03/13 | Withdrawal of Motion to Amend (Dkt. No. 56) | 2 | $0.10 | $0.10 | Both |
| 04/10/13 | Joint Statement re Motion to Compel (Dkt. No. 59) | 38 | $0.10 | $1.90 | Both |
| 04/12/13 | Amended Answer (Dkt No. 60) | 14 | $0.10 | $0.70 | Both |
| 04/16/13 | MSJ Re Machado (2nd version - not filed) | 57 | $0.10 | $2.85 | Both |
| 04/17/13 | Stipulation Re Machado (Dkt. No. 62) | 2 | $0.10 | $0.10 | Both |
| 04/18/13 | Supplemental Briefing Re Motion to Compel (Dkt. No. 63) | 16 | $0.10 | $0.80 | Both |
| 04/19/13 | Order Re Machado (Dkt. No. 64) | 1 | $0.10 | $0.05 | Both |
| 04/22/13 | MSJ Powers (Dkt. No. 66) | 424 | $0.10 | $21.20 | Both |
| 04/23/13 | MSJ Hockett (Dkt. No. 67) | 398 | $0.10 | $19.90 | Both |
| 04/24/13 | MSJ Turner (Dkt. No. 69) | 353 | $0.10 | $17.65 | Both |
| 04/24/13 | Order Granting in Part and Denying in Part Plaintiff's Motion to Compel (Dkt. No. 68) | 22 | $0.10 | $1.10 | Both |
| 04/26/13 | MSJ Hutchins (Dkt. No. 70) | 366 | $0.10 | $18.30 | Both |
| 04/26/13 | MSJ TFD - Oyarzo (Dkt. No. 72) | 587 | $0.10 | $29.35 | Both |
| 04/26/13 | MSJ TFD - Hart (Dkt. No. 71) | 553 | $0.10 | $27.65 | Both |
| 05/02/13 | Stip re FLSA Settlement (Dkt. No. 73) | 3 | $0.10 | $0.15 | Both |
| 05/03/13 | Stipulation and Order re Hart (Dkt. No. 74) | 1 | $0.10 | $0.05 | Both |
| 05/06/13 | Stipulation re Filing Dates for Oppositions to Motion for Summary Judgment (Dkt. No. 76) | 3 | $0.10 | $0.15 | Both |
| 05/06/13 | Stipulatino and Order (Dkt. No. 77) | 1 | $0.10 | $0.05 | Both |
| 05/09/13 | Opposition to MSJ - Powers (Dkt. No. 78) | 195 | $0.10 | $9.75 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|----------|------|--------|--------|
| 05/14/13 | Stipulation re Filing Dates for Oppositions to Motion for Summary Judgment (Dkt. No. 79) | 3 | $0.10 | $0.15 | Both |
| 05/14/13 | Stipulatin and Order (Dkt. No. 80) | 1 | $0.10 | $0.05 | Both |
| 05/16/13 | Opposition to MSJ - Hockett, Hutchins, Turner (Dkt. No. 82) | 571 | $0.10 | $28.55 | Both |
| 05/16/13 | Consolidated response to Separate Statement (Dkt. No. 83) | 63 | $0.10 | $3.15 | Both |
| 05/17/13 | MSJ Reply Powers (Dkt. No. 81) | 26 | $0.10 | $1.30 | Both |
| 05/17/13 | Plaintiff's Index of Exhibit in Support of Opp. to MSJ - Hockett, Hutchins, Turner (Dkt. No. 84) | 3 | $0.10 | $0.15 | Both |
| 05/20/13 | Stipulation re consolidation of oppositions to MSJ (Dkt. No. 86) | 3 | $0.10 | $0.15 | Both |
| 05/20/13 | Notice of Lodging of DVD (Dkt. No. 87) | 2 | $0.10 | $0.10 | Both |
| 05/24/13 | MSJ Reply Hockett, Hutchins, Turner ((Dkt. No. 90) | 123 | $0.10 | $6.15 | Both |
| 05/24/13 | Plaintiff's Index of Exhibit in Support of Opp. to MSJ - TFD (Dkt. No. 89) | 912 | $0.10 | $45.60 | Both |
| 05/24/13 | Consolidated Opposition and Response to TFD Separate Statement (Dkt. No. 88) | 135 | $0.10 | $6.75 | Both |
| 05/24/13 | Amended Consolidated Response to TFD Separate Statement (Dkt. No. 91) | 86 | $0.10 | $4.30 | Both |
| 05/24/13 | Amended Opposition to Motion (Dkt. No. 91) | 86 | $0.10 | $4.30 | Both |
| 05/29/13 | Notice of Errata and Exhibits (Dkt. No. 94) | 18 | $0.10 | $0.90 | Both |
| 05/31/13 | MSJ Reply TFD (Dkt. No. 95) | 184 | $0.10 | $9.20 | Both |
| 06/03/13 | Request for Supplemental Brief (Dkt. No. 96) | 2 | $0.10 | $0.10 | Both |
| 06/07/13 | Motion to Reopen Discovery (Dkt. No. 97) | 2 | $0.10 | $0.10 | Both |
| 06/07/13 | Motion for Discovery (Dkt. No. 97) | 2 | $0.10 | $0.10 | Both |
| 06/10/13 | Supplemental Brief Re MSJ (Dkt. No. 98) | 38 | $0.10 | $1.90 | Both |
| 06/14/13 | Second Request for Supplemental Brief (Dkt. No. 100) | 2 | $0.10 | $0.10 | Both |
| 06/19/13 | Supplement (Dkt. No. 101) | 6 | $0.10 | $0.30 | Both |
| 06/20/13 | Def. Resp. 2nd Request for Supplemental Briefing (Dkt. No. 103) | 6 | $0.10 | $0.30 | Both |
| 06/20/13 | Supplemental Brief Re MSJ (Dkt. No. 101) | 6 | $0.10 | $0.30 | Both |
| 06/26/13 | Stipulation for Continuation of Hearing Date (Dkt. No. 104) | 3 | $0.10 | $0.15 | Both |
| 07/01/13 | Memo. Decision and Order Re Def. MSJ (Dkt. No. 107) | 81 | $0.10 | $4.05 | Both |
| 07/01/13 | Objections to Declarations in support of MSJ (Dkt. No. 105) | 15 | $0.10 | $0.75 | Both |
| 07/01/13 | Stipulation (Dkt. No. 106) | 3 | $0.10 | $0.15 | Both |
| 07/02/13 | Order re Plaintiffs Objections to Evidence (Dkt. No. 108) | 1 | $0.10 | $0.05 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|----------|------|--------|--------|
| 07/02/13 | Joint Statement re Motion for Leave to Supplement Disclosure (Dkt. No. 109) | 30 | $0.10 | $1.50 | Both |
| 07/12/13 | Order to Deposit Medical Report Under Seal (Dkt. No. 112) | 2 | $0.10 | $0.10 | Both |
| 07/12/13 | Consent to Magistrate (Dkt. No. 113) | 1 | $0.10 | $0.05 | Both |
| 07/12/13 | Consent to Magistrate (Dkt. No. 115) | 1 | $0.10 | $0.05 | Both |
| 07/16/13 | Order directing Clerk to enter judgment in favor of Turner and Hutchins (Dkt. No. 116) | 1 | $0.10 | $0.05 | Both |
| 07/16/13 | Judgment in Civil Case (Dkt. No. 117) | 1 | $0.10 | $0.05 | Both |
| 07/17/13 | Hutchins Costs (Dkt. No. 120) | 48 | $0.10 | $2.40 | Both |
| 07/17/13 | Turner Costs (Dkt. No. 121) | 48 | $0.10 | $2.40 | Both |
| 07/22/13 | Order granting Def. Motion for leave to supplement expert disclosures (Dkt. No. 122) | 9 | $0.10 | $0.45 | Both |
| 07/26/13 | Hutchins Amended Costs (Dkt. No. 124) | 72 | $0.10 | $3.60 | Both |
| 07/26/13 | Turner Amended Costs ((Dkt. No. 125) | 72 | $0.10 | $3.60 | Both |
| 08/02/13 | Objection to Costs (Dkt. No. 127) | 7 | $0.10 | $0.35 | Both |
| 08/15/13 | Notice of Appeal (Dkt. No. 128) | 5 | $0.10 | $0.25 | Both |
| 08/20/13 | Bill of Costs (Dkt. No. 133) | 1 | $0.10 | $0.05 | Both |
| 08/20/13 | Bill of Costs (Dkt. No. 134) | 1 | $0.10 | $0.05 | Both |
| 08/29/13 | Motion to Tax Costs (Dkt. No. 135) | 11 | $0.10 | $0.55 | Both |
| 09/11/13 | Reply to Plaintiff's Motion to Review Taxation of Costs (Dkt. No. 137) | 35 | $0.10 | $1.75 | Both |
| 09/16/13 | Amended Reply to Plaintiff's Motion to Review Taxation of Costs (Dkt. No. 138) | 35 | $0.10 | $1.75 | Both |
| 09/17/13 | Notice of Amended Exhibit to Joint Pretrial (Dkt. No. 141) | 8 | $0.10 | $0.40 | Both |
| 09/17/13 | Joint Pretrial Statement (Dkt. No. 140) | 63 | $0.10 | $3.15 | Both |
| 09/19/13 | Briefing to Amend Complaint (Dkt. No. 142) | 3 | $0.10 | $0.15 | Both |
| 09/19/13 | Briefing to Revise Rulings re MSJ (Dkt. No. 144) | 6 | $0.10 | $0.30 | Both |
| 09/19/13 | Briefing Re Separate Trial (Dkt. No. 143) | 5 | $0.10 | $0.25 | Both |
| 09/19/13 | Notice of Witness Omitted (Dkt. No. 145) | 2 | $0.10 | $0.10 | Both |
| 09/20/13 | Notice of Errata to Joint Pretrial Statement (Dkt. No. 147) | 2 | $0.10 | $0.10 | Both |
| 09/20/13 | Additional Document Production by Defendants | 80 | $0.10 | $4.00 | Both |
| 09/23/13 | Amended Notice of Errata to Joint Pretrial Statement (Dkt. No. 149) | 2 | $0.10 | $0.10 | Both |
| 09/23/13 | Defendants Witness List for Trial (Dkt. No. 150) | 3 | $0.10 | $0.15 | Both |
| 09/23/13 | Defendants Opp. to Plaintiff's request for separate trials (Dkt. No. 151) | 9 | $0.10 | $0.45 | Both |
| 09/23/13 | Amended Exhibit List (Dkt. No. 148) | 16 | $0.10 | $0.80 | Both |
| 09/23/13 | Amended Witness List (Dkt. No. 152) | 2 | $0.10 | $0.10 | Both |
| 09/24/13 | Defendants Motions in Limine (Dkt. No. 153) | 173 | $0.10 | $8.65 | Both |
| 09/24/13 | Plaintiffs Motion in Limine  (Dkt. No. 154) | 20 | $0.10 | $1.00 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|------|-------------|---------:|------|-------:|--------|
| 09/24/13 | Briefing in Reply for Separate Trials  (Dkt. No. 155) | 21 | $0.10 | $1.05 | Both |
| 09/25/13 | Notice of Errata  (Dkt. No. 156) | 2 | $0.10 | $0.10 | Both |
| 09/25/13 | Reply to Motion to Tax Costs  (Dkt. No. 158) | 7 | $0.10 | $0.35 | Both |
| 09/26/13 | Pretrial Order (Dkt. No. 161) | 46 | $0.10 | $2.30 | Both |
| 09/26/13 | Order denying Plaintiffs Motion to Amend Complaint, Motion for Reconsideration and Motion for Separate Trials (Dkt. No. 160) | 17 | $0.10 | $0.85 | Both |
| 10/07/13 | Plaintiffs Obj. to Portions of Pretrial Order  (Dkt. No. 162) | 7 | $0.10 | $0.35 | Both |
| 10/08/13 | Opposition to Plaintiffs Motions in Limine (Dkt. No. 163) | 30 | $0.10 | $1.50 | Both |
| 10/08/13 | Plaintiffs Opposition to Def. motion in Limine  (Dkt. No. 164) | 178 | $0.10 | $8.90 | Both |
| 10/09/13 | Amended Pretrial Order (Dkt. No. 166) | 52 | $0.10 | $2.60 | Both |
| 10/09/13 | Notice of Amended Exhibit  (Dkt. No. 165) | 19 | $0.10 | $0.95 | Both |
| 10/14/13 | Defendants Exhibit List (Dkt. No. 167) | 2 | $0.10 | $0.10 | Both |
| 10/14/13 | Notice of Errata and Defendant's Designation of Deposition Testimony (Dkt. No. 168) | 2 | $0.10 | $0.10 | Both |
| 10/14/13 | Plaintiffs Deposition Designations  (Dkt. No. 169) | 3 | $0.10 | $0.15 | Both |
| 10/16/13 | Second Amended Pretrial Order (Dkt. No. 171) | 2 | $0.10 | $0.10 | Both |
| 10/18/13 | Order on Parties Motions in Limine (Dkt. No. 174) | 34 | $0.10 | $1.70 | Both |
| 10/18/13 | Order on Motion to Review Clerk's Taxation of Costs (Dkt. No. 173) | 12 | $0.10 | $0.60 | Both |
| 10/25/13 | Defendants Memorandum re questions of Fact - Harts 1st Amendment Claim (Dkt. No. 175) | 13 | $0.10 | $0.65 | Both |
| 10/25/13 | Plaintiffs Briefing re First Amendment  (Dkt. No. 176) | 24 | $0.10 | $1.20 | Both |
| 10/31/13 | Stipulation re Deadline to File Obj. to Disputed Jury Instructions  (Dkt. No. 178) | 2 | $0.10 | $0.10 | Both |
| 11/01/13 | Defendants Trial Brief (Dkt. No. 188) | 24 | $0.10 | $1.20 | Both |
| 11/01/13 | Def. Proposed Verdict Forms (Dkt. No. 186) | 15 | $0.10 | $0.75 | Both |
| 11/01/13 | Def. Proposed Questions (Dkt. No. 185) | 3 | $0.10 | $0.15 | Both |
| 11/01/13 | Joint Exhibit List (Dkt. No. 182) | 4 | $0.10 | $0.20 | Both |
| 11/01/13 | Joint Proposed Jury Instructions (Dkt. No. 184) | 42 | $0.10 | $2.10 | Both |
| 11/01/13 | Def. Amended Exhibit List (Dkt. No. 181) | 7 | $0.10 | $0.35 | Both |
| 11/01/13 | Def. Proposed Jury Instructions (Dkt. No. 183) | 17 | $0.10 | $0.85 | Both |
| 11/01/13 | Def. Witness List (Dkt. No. 180) | 3 | $0.10 | $0.15 | Both |
| 11/01/13 | Def. List of Discovery Responses to be used at trial (Dkt. No. 187) | 2 | $0.10 | $0.10 | Both |
| 11/01/13 | Order on Stipulation re deadline to file and serve objections to disputed jury instructions (Dkt. No. 179) | 2 | $0.10 | $0.10 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|---|---|---|---|---|---|
| 11/01/13 | Plaintiff's Trial Witness List  (Dkt. No. 189) | 3 | $0.10 | $0.15 | Both |
| 11/01/13 | Plaintiffs Proposed Jury Instructions (Dkt. No. 191) | 12 | $0.10 | $0.60 | Both |
| 11/01/13 | Plaintiffs Proposed Jury Verdict Forms  (Dkt. No. 192) | 18 | $0.10 | $0.90 | Both |
| 11/01/13 | Plaintiffs Designation of Defendants Discovery responses  (Dkt. No. 193) | 3 | $0.10 | $0.15 | Both |
| 11/01/13 | Plaintiffs Proposed Voir Dire  (Dkt. No. 194) | 2 | $0.10 | $0.10 | Both |
| 11/01/13 | Plaintiffs Trial Brief  (Dkt. No. 195) | 8 | $0.10 | $0.40 | Both |
| 11/01/13 | Plaintiffs Trial Exhibit List  (Dkt. No. 190) | 15 | $0.10 | $0.75 | Both |
| 11/04/13 | Order re Presentation of Hart's First Amended Claim at Trial (Dkt. No. 196) | 9 | $0.10 | $0.45 | Both |
| 11/06/13 | Def. Objections to Plaintiffs' Proposed Jury Verdict Forms (Dkt. No. 197) | 41 | $0.10 | $2.05 | Both |
| 11/06/13 | Plaintiffs Objections to Defendants Proposed Jury Instructions  (Dkt. No. 198) | 34 | $0.10 | $1.70 | Both |
| 11/15/13 | Multiple Subpoenas and Notices of Depositions of 4 Witnesses with Request for Documents | 25 | $0.10 | $1.25 | Both |
| 11/29/13 | Multiple Subpoenas and Notices of Depositions of 2 Witnesses with Request for Documents | 8 | $0.10 | $0.40 | Both |
| 12/16/13 | Plaintiff Objections to Proposed Jury Instruction (Dkt. No. 208) | 9 | $0.10 | $0.45 | Both |
| 12/17/13 | Order directing clerk of court to file juror note under seal (Dkt. No. 213) | 1 | $0.10 | $0.05 | Both |
| 12/18/13 | Final Jury Instructions (Dkt. No. 215) | 44 | $0.10 | $2.20 | Both |
| 12/18/13 | Special Verdict for Plaintiff Hart (Dkt. No. 219) | 14 | $0.10 | $0.70 | Both |
| 12/18/13 | Special Verdict for Plaintiff Oyarzo (Dkt. No. 218) | 3 | $0.10 | $0.15 | Both |
| 12/18/13 | Special Verdict for Punitive Damages (Dkt. No. 220) | 1 | $0.10 | $0.05 | Both |
| 12/18/13 | Order on Plaintiffs Obj. to Jury Instructions and Verdict Forms (Dkt. No. 221) | 5 | $0.10 | $0.25 | Both |
| 12/18/13 | Note from the Jury (Dkt. No. 214) | 6 | $0.10 | $0.30 | Both |
| 12/18/13 | Exhibit List (Dkt. No. 216) | 1 | $0.10 | $0.05 | Both |
| 12/19/13 | Def. Memo re Liquidated Damages (Dkt. No. 227) | 5 | $0.10 | $0.25 | Both |
| 12/19/13 | Def. Memo re Injunctive Relief (Dkt. No. 224) | 3 | $0.10 | $0.15 | Both |
| 12/19/13 | Judgment in Civil Action (Dkt. No. 228) | 1 | $0.10 | $0.05 | Both |
| 12/19/13 | Briefing re FFBOR  (Dkt. No. 225) | 3 | $0.10 | $0.15 | Both |
| 12/19/13 | Briefing re Liquidated Damages  (Dkt. No. 226) | 5 | $0.10 | $0.25 | Both |
| 12/26/13 | Stipulation re Withdrawal of request for removal of documents  (Dkt. No. 232) | 3 | $0.10 | $0.15 | Both |
| 03/06/12 | Plaintiffs Initial disclosures | 6 | $0.10 | $0.30 | Both |
| 03/18/12 | Initial Disclosures (TFD 1-1086) | 1098 | $0.10 | $54.90 | Both |
| 05/21/12 | Plaintiffs Initial Written Discovery | 11 | $0.10 | $0.55 | Both |
| 05/25/12 | Plaintiffs PMK Notices | 19 | $0.10 | $0.95 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|---|---|---|---|---|---|
| 06/24/12 | Def. Response to RFP (one) | 24 | $0.10 | $1.20 | Both |
| 06/25/12 | Plaintiffs PMK Notice 2nd | 19 | $0.10 | $0.95 | Both |
| 07/25/12 | Def. Response to RFP (one) with Docs (TFD1087-1475) | 365 | $0.10 | $18.25 | Both |
| 07/27/12 | Plaintiffs Response to Request for Production (OH1-1507) | 1528 | $0.10 | $76.40 | Both |
| 08/06/12 | Supplemental Response to RFP with Docs (TFD1476-1564) | 92 | $0.10 | $4.60 | Both |
| 08/08/12 | 2nd Supplemental Response to RFP with Docs. (TFD1565-1621) | 60 | $0.10 | $3.00 | Both |
| 08/24/12 | Depo notice of Stephanie Burns from Def. | 8 | $0.10 | $0.40 | Both |
| 08/24/12 | Depo notice of Debra Russell from Def. | 4 | $0.10 | $0.20 | Both |
| 08/24/12 | Depo notice of Ben Orr from Def. | 8 | $0.10 | $0.40 | Both |
| 08/28/12 | Plaintiffs Multiple Subpoenas of Witnesses for Deposition with Notices | 28 | $0.10 | $1.40 | Both |
| 08/29/12 | 3rd Supplemental Response to RFP with Docs. (TFD1622-1739) | 122 | $0.10 | $6.10 | Both |
| 08/31/12 | Plaintiffs Third Amended Depo of Turner | 6 | $0.10 | $0.30 | Both |
| 09/04/12 | Plaintiffs Notice of Depositions of Multiple Defendants (Amended) | 16 | $0.10 | $0.80 | Both |
| 09/12/12 | Defs Response to Deposition of Turner with Docs (TFD1740-2013) | 276 | $0.10 | $13.80 | Both |
| 09/13/12 | Plaintiffs Supplemental Responses to Defendants Discovery | 98 | $0.10 | $4.90 | Both |
| 09/19/12 | Def. Supplemental Discovery | 3 | $0.10 | $0.15 | Both |
| 10/01/12 | Multiple Second Round Written Discovery to Defendants | 102 | $0.10 | $5.10 | Both |
| 10/08/12 | Def Response to Deposition of Hutchins with Docs (TFD2018-2021) | 6 | $0.10 | $0.30 | Both |
| 10/29/12 | Defs Supplemental Response to Deposition of Turner with Docs (TFD2022-2042) | 23 | $0.10 | $1.15 | Both |
| 11/01/12 | Defs Supplemental Response to Deposition of Van Bolt (TFD1157a) | 3 | $0.10 | $0.15 | Both |
| 11/02/12 | Stipulation to Extend Discovery | 2 | $0.10 | $0.10 | Both |
| 11/07/12 | Multiple Defendant Responses to Plaintiff's Discovery Requests (TFD2043-6952) | 4934 | $0.10 | $246.70 | Both |
| 11/08/12 | Plaintiffs further responses to Discovery | 30 | $0.10 | $1.50 | Both |
| 11/08/12 | Plaintiffs Document Production (OH1508-2587 | 1079 | $0.10 | $53.95 | Both |
| 11/09/12 | TFD response to Interrogatories | 9 | $0.10 | $0.45 | Both |
| 11/13/12 | Stipulation to Accept Parties' Discovery Electronically | 2 | $0.10 | $0.10 | Both |
| 11/14/12 | Plaintiffs amended responses to discovery | 14 | $0.10 | $0.70 | Both |

| Date | Description | Quantity | Rate | Amount | Client |
|---|---|---|---|---|---|
| 11/14/12 | Supplemental Response to Hutchins Depo with RFP (TFD6953-6957) | 7 | $0.10 | $0.35 | Both |
| 11/16/12 | Defendants responses to Requests for Production and Interrogatories | 15 | $0.10 | $0.75 | Both |
| 12/03/12 | Plaintiffs Document Production (OH2588-3182) | 594 | $0.10 | $29.70 | Both |
| 12/06/12 | TFD6958-8118 | 1160 | $0.10 | $58.00 | Both |
| 12/13/12 | Defendants Responses to Request for Production | 4 | $0.10 | $0.20 | Both |
| 12/14/12 | Stipulation to Extend Discovery | 2 | $0.10 | $0.10 | Both |
| 12/14/12 | Multiple Defendants Responses to Discovery | 64 | $0.10 | $3.20 | Both |
| 12/15/12 | TFD8120-12474 | 4354 | $0.10 | $217.70 | Both |
| 12/28/12 | Documents Produces by Tuolumne County | 24 | $0.10 | $1.20 | Both |
| 01/16/13 | TFD12475-12679 | 204 | $0.10 | $10.20 | Both |
| 01/17/13 | Notice of Deposition - Dr. Mahla | 3 | $0.10 | $0.15 | Both |
| 01/17/13 | Notice of Deposition - De Lima | 3 | $0.10 | $0.15 | Both |
| 01/29/13 | Plaintiffs Document Production (OH3183-3603) | 420 | $0.10 | $21.00 | Both |
| 02/15/13 | Plaintiffs Supplemental Expert Report of Mahla | 224 | $0.10 | $11.20 | Both |
| 02/28/13 | Defendants Supplemental Expert Disclosure with Reports | 238 | $0.10 | $11.90 | Both |
| 03/12/13 | Multiple Third Round Written Discovery to Defendants | 50 | $0.10 | $2.50 | Both |
| 04/15/13 | Defendants Amended Responses to Discovery | 7 | $0.10 | $0.35 | Both |
| 05/23/13 | TFD12680-13140 | 460 | $0.10 | $23.00 | Both |
| 07/29/13 | Defendants Supplemental Expert Disclosure | 3 | $0.10 | $0.15 | Both |
| 08/06/13 | Expert Designation of Dr. Booth | 26 | $0.10 | $1.30 | Both |
| 10/29/13 | Documents Produced By Tuolumne County Counsel Per Subpoena | 1569 | $0.10 | $78.45 | Both |
| Multiple | Written Correspondence | 230 | $0.10 | $11.50 | Both |
| Multiple | Email Correspondence to/From Counsel | 596 | $0.10 | $29.80 | Both |
| 03/17/12 | Notice of Depo - Hart from Def. | 3 | $0.10 | $0.30 | Hart |
| 04/02/12 | Amended Notice of Depo - Hart from Def. | 3 | $0.10 | $0.30 | Hart |
| 05/26/12 | Initial Written Discovery to Hart from Def. | 38 | $0.10 | $3.80 | Hart |
| 06/11/12 | Hart Subpoena - Forest Service from Def. | 8 | $0.10 | $0.80 | Hart |
| 06/24/12 | Hart Responses to Initial Written Discovery | 69 | $0.10 | $6.90 | Hart |
| 07/08/12 | TFD Request for Production to Hart | 12 | $0.10 | $1.20 | Hart |
| 07/24/12 | Hart Subpoena - Forest Service from Def. | 1 | $0.10 | $0.10 | Hart |
| 08/31/12 | TFD Request for Production to Hart - Two | 4 | $0.10 | $0.40 | Hart |
| 11/14/12 | Deposition notice and discover to Hart from Def. | 13 | $0.10 | $1.30 | Hart |
| 11/15/12 | Notice of Deposition - Buthman | 4 | $0.10 | $0.40 | Hart |
| 11/15/12 | Notice of Deposition - Rafferty | 4 | $0.10 | $0.40 | Hart |
| 01/16/13 | Notice of Deposition Stein | 3 | $0.10 | $0.30 | Hart |
| 01/18/13 | Notice of Deposition - Moore | 3 | $0.10 | $0.30 | Hart |
| 08/20/13 | 2nd Notice of Deposition - Booth | 4 | $0.10 | $0.40 | Hart |
| | **TOTAL** | | | **$1,423.55** | |

Fees for witnesses

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)*    Colleen Murray

was received by me on *(date)*    09/28/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By personal delivery -

5:25 P.M. @ 43 N. Washington St., Sonora, CA 95370

on *(date)*   10/03/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    60.54   .

My fees are $    15.00    for travel and $    45.00    for services, for a total of $    60.00   .

I declare under penalty of perjury that this information is true.

Date:    10/03/2012

*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.

*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.  1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Virginia Van Bolt

was received by me on *(date)*   09/28/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By personal delivery -

1:26 P.M. @ 18601 Carter St., Tuolumne CA 95379

on *(date)*  09/30/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$       47.99       .

My fees are $       15.00       for travel and $       45.00       for services, for a total of $       60.00       .

I declare under penalty of perjury that this information is true.

Date:   09/30/0212

_____
*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   William Hutchins

was received by me on *(date)*   09/28/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By personal delivery -

7:06 P.M. @ 18690 Main St., Tuolumne, CA 95379

on *(date)*   10/04/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   47.88   .

My fees are $   30.00   for travel and $   55.00   for services, for a total of $   85.00   .

I declare under penalty of perjury that this information is true.

Date:   10/04/2012

_____
*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Michael Noonan

was received by me on *(date)*    09/28/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:    By personal delivery -

10:50 A.M. @ 19300 Barron Ranch Rd., Sonora, CA 95370

on *(date)*    10/06/2012    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    48.25    .

My fees are $    10.00    for travel and $    40.00    for services, for a total of $    50.00    .

I declare under penalty of perjury that this information is true.

Date:    10/06/2012

_____
*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Sean McKernan

was received by me on *(date)*   10/03/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By personal delivery to the

Tuolumne County Council's Office - 9:35 A.M. @ 2 S. Green St., Sonora, CA 95370

on *(date)*   10/04/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   150.00   .

My fees are $   0.00   for travel and $   15.00   for services, for a total of $   15.00   .

I declare under penalty of perjury that this information is true.

Date:   10/04/2012

*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Craig Pedro

was received by me on *(date)*    10/03/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:    By personal delivery to the

Tuolumne County Council's Office - 9:35 A.M. @ 2 S. Green St., Sonora, CA 95370

_____ on *(date)*   10/04/2012   ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    150.00    .

My fees are $    0.00    for travel and $   15.00    for services, for a total of $   15.00    .

I declare under penalty of perjury that this information is true.

Date:   10/04/2012

_____
*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038 - Tuol. Co.
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.  1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*     James Maltese

was received by me on *(date)*     10/03/2012     .

☑ I served the subpoena by delivering a copy to the named individual as follows:     Personal Delivery -

12:43 P.M. @ 19414 Village Dr., Sonora, CA 95370

on *(date)*   10/11/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$     47.70     .

My fees are $     10.00     for travel and $     40.00     for services, for a total of $     50.00     .

I declare under penalty of perjury that this information is true.

Date:     10/11/2012

*Server's signature*

Tyler A. Bland - Reg. Process Server # 55-038
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - (209)588-0501
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Lawrence Houseberg

was received by me on *(date)*    10/03/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:    Personal delivery -

6:50 P.M. @ 18817 Madrone Street., Tuolumne, CA 95379

_____ on *(date)*  10/09/2012  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    49.35    .

My fees are $    30.00    for travel and $    45.00    for services, for a total of $    75.00    .

I declare under penalty of perjury that this information is true.

Date:    10/10/2012

_____
*Server's signature*

Tyler A. Bland
*Printed name and title*

43 N. Washington St., Sonora, CA 95370 - Tuol. Reg. # 55-038
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Jeremy Proctor

was received by me on *(date)*   09/28/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   Personal Delivery -

@ 7:42 P.M. at 19927 Jesus Maria Rd., Mokelumne Hill, CA 95245

on *(date)*   10/16/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   82.40   .

My fees are $   40.00   for travel and $   60.00   for services, for a total of $   100.00   .

I declare under penalty of perjury that this information is true.

Date:   10/17/2012

_____
*Server's signature*

Tyler A. Bland - Registered Process Server #55-038
*Printed name and title*

43 N. Washington St., Sonora, CA 95370
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    James Manske

was received by me on *(date)*    11/16/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:    Personal delivery @ 1:45

P.M. at Reichs Outpost - 20661 Soulsbyville Rd., Sonora, CA 95370

_____ on *(date)*   11/25/2012   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$        45.55        .

My fees are $        15.00        for travel and $        45.00        for services, for a total of $        60.00        .

I declare under penalty of perjury that this information is true.

Date:    11/26/2012

_____
*Server's signature*

Tyler A. Bland - Registered Process Server #55-048
*Printed name and title*

43 N. Washington St., Sonora, CA 95370
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Julie Ann Henriques

was received by me on *(date)*    11/16/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:    Personal delivery @ 6:00

P.M. at her residence - 18188 Golden Oak Dr., Jamestown, CA 95327

on *(date)*    11/20/2012    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    57.60    .

My fees are $    10.00    for travel and $    35.00    for services, for a total of $    45.00    .

I declare under penalty of perjury that this information is true.

Date:    11/21/2012

_____
*Server's signature*

Tyler A. Bland - Registered Process Server 55-048
*Printed name and title*

43 N. Washington St., Sonora, CA 95370
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:11-cv-01271-LJO-DLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*     Grant Miller

was received by me on *(date)*     11/16/2012     .

☑ I served the subpoena by delivering a copy to the named individual as follows:     Personal delivery @

11:33 A.M. at his residence - 18606 Maple St., Tuolumne, CA 95379

on *(date)*     11/17/2012     ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$     52.87     .

My fees are $     15.00     for travel and $     60.00     for services, for a total of $     75.00     .

I declare under penalty of perjury that this information is true.

Date:     11/20/2012

*Server's signature*

Tyler A. Bland - Registered Process Server #55-048
*Printed name and title*

43 N. Washington St., Sonora, CA 95370
*Server's address*

Additional information regarding attempted service, etc:

Associated Legal Assistance $1,179.66

16|4|12.

m: Witness Fees O4ADZO (ISSO)

# SEIBERT & BAUTISTA
## ATTORNEYS AT LAW

SAN FRANCISCO
100 PINE STREET
SUITE 1250
SAN FRANCISCO, CA 94111
415.954.9455

WWW.SSJBLAW.COM

TWAIN HARTE
18711 TIFFENI DRIVE
SUITE 17-219
TWAIN HARTE, CA 95383
209.586.2890

November 19, 2012

<u>VIA PERSONAL SERVICE</u>

Deborah Russell Bautista
2 S Green Street
Sonora, CA  95370

Re:   Subpoena for Personal Appearance & Production of Documents

Dear Ms. Russell Bautista:

Enclosed you will find a subpoena that requires that you personally appear to testify as a witness in this action and bring with you all of the documents listed in the attachment to the subpoena. Your testimony will be taken at a live deposition, which will be held at:

| | |
|---|---|
| **Place:** | **22922 Twain Harte Drive, Twain Harte, CA  95383** |
| **Time:** | **10:00 a.m.** |
| **Date:** | **December 14, 2012** |

If it would be easier for you, we may be able to use Tuolumne County Counsel's conference room for your deposition. Please let me know at your earliest convenience if you would prefer that location, and I will contact them to see if the room is available.

In addition, payment in the amount of $150.00 to the County of Tuolumne has been submitted with this subpoena as reimbursement for your time.

Regards,

Shannon Seibert

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

1359

11-35/1210 CA
90883

**Bank of America**
ACH R/T 121000358

11/29/2012

PAY TO THE
ORDER OF___ County of Tuolumne _____ $ **150.00

One Hundred Fifty and 00/100******************************************************************* DOLLARS

County of Tuolumne
2 S Green Street
Sonora, CA 95370

MEMO

Witness Fee, D. Russell Bautista (1550)

AUTHORIZED SIGNATURE

⑈"001359⑈"

Security Features Included ⊞ Details on Back.


---

**Business Fundamentals Chk**          **Account Activity Transaction Details**

---

**Check number:**   00000001415

**Posting date:**   03/13/2013

**Amount:**   -375.00

**Type:**   Check

**Description:**   Check

SEIBERT & BAUTISTA
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-854-8455

Bank of America
ACH R/T 121000358

1415

3/12/13

PAY TO THE
ORDER OF   Scott Kenley                    $ 375 —

three hundred and seventy five                        DOLLARS

MEMO  Expet Renostn feer

AUTHORIZED SIGNATURE

⑆001415⑆

**Business Fundamentals Chk**      **Account Activity Transaction Details**

|  |  |
|---:|:---|
| **Check number:** | 00000001416 |
| **Posting date:** | 03/26/2013 |
| **Amount:** | -525.00 |
| **Type:** | Check |
| **Description:** | Check |

**Business Fundamentals Chk**          **Account Activity Transaction Details**

|  |  |
|---|---|
| **Check number:** | 00000001417 |
| **Posting date:** | 03/26/2013 |
| **Amount:** | -640.00 |
| **Type:** | Check |
| **Description:** | Check |

**Business Fundamentals Chk**        **Account Activity Transaction Details**

|  |  |
|---|---|
| **Check number:** | 00000001414 |
| **Posting date:** | 03/19/2013 |
| **Amount:** | -675.00 |
| **Type:** | Check |
| **Description:** | Check |

SEIBERT & BAUTISTA
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

Bank of America
ACH R/T 121000358

1414

3/9/2013

PAY TO THE ORDER OF: Crabtree Consulting Services, LLC     $ 675.00

Six Hundred Seventy-Five and 00/100************************************ DOLLARS

Crabtree Consulting Services, LLC
9245 Laguna Springs Dr., Ste. 200
Elk Grove, CA 95758

MEMO Expert W Fee (1550)                    AUTHORIZED SIGNATURE

FOR DEPOSIT ONLY
CRABTREE CONSULTING SERVICES LLC

Civil Action No. 1:11-cv-01271-SAB

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Kenneth Hockett

was received by me on *(date)*    11/18/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Jerry

Hockett (father of Kenneth Hockett) at 18646 Vine St., Tuolumne, CA 95379 on 11/20/2013 @ 1:52 P.M.

on *(date)*      ; or

☐ I returned the subpoena unexecuted because:      .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   171.08   .

My fees are $    45.00    for travel and $    10.00    for services, for a total of $    55.00   .

I declare under penalty of perjury that this information is true.

Date:   11·25·13

*Server's signature*

Oscar Martinez
*Printed name and title*
43 N. Washington St.
Sonora, CA 95370

*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

**1520**

Kenneth Hockett

11/19/2013

171.08

SSJB Checking

Witness Fees (1550)

171.08

Civil Action No. 1:11-cv-01271-SAB

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Darlene Hutchins

was received by me on *(date)*   11/18/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Darlene

Hutchins on 11/21/2013 @ 7:23 P.M. at 18575 Maple Ave., Tuolumne, CA 95379

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 176.73   .

My fees are $   45.00   for travel and $   10.00   for services, for a total of $   55.00   .

I declare under penalty of perjury that this information is true.

Date:   11·25·13

_____
*Server's signature*

Oscar Martinez
*Printed name and title*
43 N. Washington St.
Sonora, CA 95370

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Darlene Hutchins

1522

11/19/2013

176.73

SSJB Checking          Witness Fees (1550)

176.73

Civil Action No. 1:11-CV-01271-SAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Brian Machado

was received by me on *(date)*   11 | 18 | 13   .

☒ I served the subpoena by delivering a copy to the named person as follows:

Addressed to Brian Machado c/o J. Anthony Abbott

of Maya Hadley for agreement on *(date)*   11 | 19 | 13   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   176.73   .

My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11 | 19 | 13

_____
Server's signature

Attorney
_____
Printed name and title

18711 Tiffeni Dr. #17-109 Twain Harte, CA 95383
_____
Server's address

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Brian Machado

**1519**

11/19/2013

176.73

SSJB Checking          Witness Fees (1550)                                                                176.73

Civil Action No.  1:11-cv-01271-SAB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Jason Podesta

was received by me on *(date)*   11/18/2013   .

❏ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Jason

Podesta on 11/19 /2013 @10:35 A.M. at 11009 Racetrack Rd., Sonora, CA 95370

on *(date)*                   ; or

❏ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  166.56   .

My fees are $         40.00         for travel and $      10.00      for services, for a total of $      50.00    .

I declare under penalty of perjury that this information is true.

Date:   11/25/13

_____
*Server's signature*

Ryder Richards
*Printed name and title*
43 N. Washington St.
Sonora, CA 95370

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Jason Podesta

**1521**

11/19/2013

166.56

SSJB Checking

Witness Fees (1550)

166.56

Civil Action No. 1:11-cv-01271-SAB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Joseph Turner

was received by me on *(date)*   11/18/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Joseph

Turner on 11/21/2013 @ 12:55 P.M. at 19035 Carter St., Tuolumne, CA 95379

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  176.73           .

My fees are $       45.00       for travel and $     10.00     for services, for a total of $     55.00     .

I declare under penalty of perjury that this information is true.

Date:   11·25·13

_____
*Server's signature*

Oscar Martinez
*Printed name and title*
43 N. Washington St.
Sonora, CA 95370

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Joseph Turner

1516

11/19/2013

176.73

SSJB Checking          Witness Fees (1550)

176.73

Civil Action No.   1:11-cv-01271-SAB

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Virginia Van Bolt

was received by me on *(date)*   11/18/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Virginia

Van Bolt on 11/21/2013 @ 12:59 P.M. at 18601 Carter St., Tuolumne, CA 95379

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   176 73   .

My fees are $   45.00   for travel and $   10.00   for services, for a total of $   55.00   .

I declare under penalty of perjury that this information is true.

Date:   11·25·13

_____
*Server's signature*

Oscar Martinez
_____
*Printed name and title*

43 N. Washington St.
Sonora, CA 95370

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Virginia Van Bolt

**1523**

11/19/2013

176.73

| | | |
|---|---|---|
| SSJB Checking | Witness Fees (1550) | 176.73 |

Civil Action No. 1:11-cv-01271-SAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Marcella Wells

was received by me on *(date)*   11/18/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   By giving a copy to Marcella

Wells on 11/22/2013 @ 9:04 A.M. at 18690 Main St., Tuolumne, CA 95379

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  176.73  .

My fees are $  45.00  for travel and $  10.00  for services, for a total of $  55.00  .

I declare under penalty of perjury that this information is true.

Date:  11-25-13

_____
*Server's signature*

Oscar Martinez
*Printed name and title*
43 N. Washington St.
Sonora, CA 95370

_____
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**                                          **1524**

Marcella Wells                         11/19/2013                 176.73

SSJB Checking          Witness Fees (1550)                       176.73

Civil Action No. 1:11-CV-01271-SAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Stephenie Burns
was received by me on *(date)*  __11/26/13__.

☑ I served the subpoena by delivering a copy to the named person as follows:
__Stephenie Burns, 18742 Pine St Tuolumne__
_____ on *(date)*  __11/26/13__ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __176.73__ .

My fees are $ ___Ø___ for travel and $ ___Ø___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: __11/27/13__     _____
                                    *Server's signature*

                        __Shannon Sebert__
                            *Printed name and title*

                        __22922 Twain Harte Dr, Twain Harte,__
                                    *Server's address*
                        __CA 95383__

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Stephenie Burns

1527

11/22/2013

176.73

SSJB Checking

Witness Fee (1550)

176.73

Civil Action No. 1:11-CV-01271-SAB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Toney Powers

was received by me on *(date)*   *11-21-13*   .

☒ I served the subpoena by delivering a copy to the named person as follows:

   *TONEY POWERS*

   5715 Bird Ln.        *21*   on *(date)* *NOV 2013*   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   *558.67*   .

My fees are $   *10—*   for travel and $   *15—*   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: *11-21-13*

         *Stev Rabnovich*
                *Server's signature*

         *STEVAN RABMANOVICH DEPUTY H212*
                *Printed name and title*

**Humboldt County Sheriff's Office**
**50 W. Fifth Street**
**Winnemucca, NV 89445**
**(775) 623-6419**
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Toney Powers

**1525**

11/19/2013

558.67

SSJB Checking          Witness Fees (1550)          558.67

Civil Action No. 1:11-CV-01271-SAB

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)*   Grant Miller

was received by me on *(date)*  11/23/13 .

☑ I served the subpoena by delivering a copy to the named person as follows:

Grant Miller, 18606 Maple Street, Tuolumne

on *(date)*  11/23/13 1:38 ; or (PM)

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   16.73 .

My fees are $   Ø   for travel and $   Ø   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/23/13

_____
Server's signature

Shawwan Seibert
*Printed name and title*

22922 Tuolumne Hoote Dr, Tuolumne Hoote, CA 95383
*Server's address*

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA**

Grant Miller

**1529**

11/22/2013

176.73

SSJB Checking

Witness Fees (1550)

176.73

Civil Action No. 1:11-CV-01271-SAB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Ben Orr

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:

Ben Orr, 18689 Carter St, Tuolumne CA
5 p.m.  on *(date)* 11/22/13 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 176.73 .

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 11/22/13

_____
Server's signature

Shannon Sabort
Printed name and title

22922 Twain Harte Dr, TH, CA.
Server's address        95383

Additional information regarding attempted service, etc:

**SEIBERT & BAUTISTA** 1528

Ben Orr 176.73

11/22/2013

SSJB Checking Witness Fee (1550) 176.73

# SEIBERT & BAUTISTA
## ATTORNEYS AT LAW

SAN FRANCISCO
100 PINE STREET
SUITE 1250
SAN FRANCISCO, CA 94111
415.954.9455

WWW.SSJBLAW.COM

TWAIN HARTE
18711 TIFFENI DRIVE
SUITE 17-129
TWAIN HARTE, CA 95383
209.586.2890

December 19, 2013

<u>VIA HAND DELIVERY</u>

Todd McNeal
P.O. Box 11
Twain Harte, CA  95383

Re:     Payment of Witness Fee for Subpoena for Personal Appearance at Trial
        *Oyarzo/Hart v. Tuolumne Fire District, et al.*
        Case No. 1:11-cv-01271-LJO-SAB

Dear Mr. McNeal,

Enclosed, please find a check in the amount of $177.86 for the statutory witness fee and mileage reimbursement owed to you for your appearance at trial pursuant to subpoena. I apologize for the oversight in failing to provide payment at the time the subpoena was served.

Should you have any questions or concerns, please contact me at my direct desk line at (209) 586-2827.

Regards,

Joe Bautista

**SEIBERT & BAUTISTA**

1540

Todd McNeal

12/19/2013

177.86

SSJB Checking

Witness Fee (1550)

177.86

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case

**Tuolumne Fire District**
18690 Main Street
Tuolumne, Ca 95379
(209) 928-4505

January 21, 2011
Siebert & Bautista
18711 Tiffeni Drive #17-129
Twain Harte, CA 95383

Via Postal Mail – Requested copying of Oyarzo and Hart documents

# INVOICE

Documents copied on 1/3/11 for Nicholas Hart  - Item #1

Documents copied on 1/21/11 for Nicholas Hart & Benjamin Oyarzo  -  Item #2

#1 - 108 copies @ $.10  = $10.80  (Hart)

#2 – 51 copies @ @.10 =  $ 5.10  (Hart & Oyarzo)

Copying  = $15.90

Postage =  $10.00   (1/3/11 & 1/21/11)

TOTAL       $25.90

Make check payable to: Tuolumne Fire District

**SEIBERT & BAUTISTA**

Tuolumne Fire District, 1/31/11, $25.90



# *Invoice*

**A Division of EDCO**
866.225.6923    Fax: 866.225.7051

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 99818711 | October 16, 2012 | OPP78074-03-01 |

Federal Tax I.D. No. 44-0657294

**Terms:** 30 Days

**Bill To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

**Ship To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

| | | |
|---|---|---|
| **PERTAINING TO:** Benjamin C. Oyarzo | **FIRMS NUMBER:** | |
| **CASE TITLE:** Benjamin Oyarzo, et al. | **INSURED:** | |
| vs. Tuolumne Fire District, et al. | **DATE OF LOSS:** | |
| **CASE NUMBER:** 1:11-CV-01271-LJO-DLB | **CLAIM / POLICY #:** / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Yosemite Community College District c/o Columbia College Sonora, CA** | | | |
| Pages | 8.00 | .35 | 2.80 |
| Electronic Delivery | | | 50.00 |

| | | |
|---|---|---|
| **Regarding:** Benjamin C. Oyarzo at Yosemite Community College Sonora | **SUB-TOTAL** | 52.80 |
| **Please find the attached Documents!**    sd/spfd | **SALES TAX** | 3.83 |
| Thank you for choosing ABI Document Support Services! | **TOTAL DUE** | **$ 56.63** |

For billing inquiries, please contact our Client Service Department at 1-800-266-0813.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

## *Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 99818711 | October 16, 2012 | OPP78074-03-01 |

**TOTAL DUE:**    $ 56.63

**Remit To:** ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.



Order#:OPP78074-03/ABIINVre*1



 SEIBERT
&
BAUTISTA

Shannon Seibert <seibert@ssjblaw.com>

# ABI Attorney Services Inc Customer Receipt/Purchase Confirmation

1 message

**Cheryl Crouch <ccrouch@abidss.com>**                                    Tue, Oct 16, 2012 at 10:00 AM
To: JOE BAUTISTA <seibert@ssjblaw.com>

## Thank you for your order!

Order Information

Merchant:        ABI Attorney Services Inc
Description:      ABI RECORDS;
Invoice Number: OPP78074-03

| Billing Information | Shipping Information |
|---|---|
| JOE BAUTISTA | JOE BAUTISTA |
| SEIBERT & BAUTISTA | SEIBERT & BAUTISTA |
| 351 CALIFORNIA ST. | 351 CALIFORNIA ST. |
| SAN FRANCISCO, CA 94104 | SAN FRANCISCO, CA 94104 |
| seibert@ssjblaw.com | |

**Total:  US $56.63**

MasterCard

Date/Time:          16-Oct-2012 10:00:26 PDT
Transaction ID:     4719033059

 **ABI** DOCUMENT SUPPORT SERVICES



A Division of EDCO
866.225.6923    Fax: 866.225.7051

# Invoice

Federal Tax I.D. No. 44-0657294

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 99818711 | December 7, 2012 | OPP79185-01-01 |

**Terms:** 30 Days

**Bill To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

**Ship To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

| | | | |
|---|---|---|---|
| PERTAINING TO: | Benjamin C. Oyarzo | FIRMS NUMBER: | |
| CASE TITLE: | Benjamin Oyarzo, et al. | INSURED: | |
| | vs. Tuolumne Fire District, et al. | DATE OF LOSS: | |
| CASE NUMBER: | 1:11-CV-01271-LJO-DLB | CLAIM / POLICY #: / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Tuolumne County Sheriff's Department**<br>**Sonora, CA** | | | |
| Pages | 1.00 | .35 | .35 |
| Electronic Delivery | | | 50.00 |

| | | |
|---|---|---|
| **Regarding: Benjamin C. Oyarzo at Tuolumne County Sheriff's Department Sonora** | SUB-TOTAL | 50.35 |
| **Please find the attached Documents!**    sd/spfd | SALES TAX | 3.65 |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 54.00 |

For billing inquiries, please contact our Client Service Department at 1-800-266-0613.

-----------------------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

# Remittance Copy

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:** Shannon Seibert, Esq.
Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA 95383

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 99818711 | December 7, 2012 | OPP79185-01-01 |

| TOTAL DUE: | $ 54.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:** ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:OPP79185-01/ABIINVre^1

 **ABI** DOCUMENT SUPPORT SERVICES

*P.O. Box 2970, Springfield, MO 65801-2970*
Federal Tax I.D. No. 44-0657294

Seibert & Bautista
18711 Tiffeni Drive, Suite 17-219
Twain Harte, CA  95383

## THE RECORDS YOU ORDERED ARE READY FOR DELIVERY

**CASE TITLE:**     Benjamin Oyarzo, et al. vs. Tuolumne Fire District, et al.

**RECORDS ON:**     Benjamin C. Oyarzo

| INV. NUMBER | LOCATION | AMT. |
|---|---|---|
| OPP79185-01 | Tuolumne County Sheriff's Department | 54.00 |

## PLEASE SELECT ONE OF THE FOLLOWING

**The records you requested via electronic delivery have become available. As indicated on the order form, prepayment must be obtained before records can be released.**

Please complete the credit card information below and fax this back to 866.225.7051. If payment has not been received within (10) business days (by: _12/21/12_ ), ABI reserves the right to add S&H charges to this order and ship hardcopies to your firm.

____ CHARGE $ _54.00_ TO:   VISA____   MASTERCARD _V_   AMEX____
  NAME ON CHARGE CARD(PLEASE PRINT)   _SHANNON SEIBERT_
  BILLING ADDRESS ~~CARD~~   _PO Box 1711 Twain Harte CA 95383_
  CARD NUMBER
  3-Digit CCV # _____ EXP DATE_
  CARDHOLDER SIGNATURE _Slell_

____ BILL TO A CARRIER
  ADJUSTER: _____
  CARRIER: _____
  CLAIM NUMBER: _____
  ADDRESS: _____
  _____

**CONTACT** _Shannon Seibert_   **DATE** _12/11/12_

**SIGNATURE** _Slell_   **PHONE NUMBER** _209-586-2890_

Order#:OPP79185-01/ABI16*1

LT Legal Support Services Inc
2529 West March Lane Suite 201
Stockton, CA  95207

(209)607-1154
ltolentino@ltlegal.com

LEGAL SUPPORT SERVICES
Inc.

# Invoice

| Date | Invoice # |
|---|---|
| 12/15/2012 | 66158 |

| Terms | Due Date |
|---|---|
| Due on receipt | 12/15/2012 |

| Bill To |
|---|
| Mayall Hurley Knutsen Smith & Green<br>2453 Grand Canal Blvd., 2nd Flr.<br>Stockton, CA  95207<br>Attn: Mira Woodworth |

| Amount Due | Enclosed |
|---|---|
| $1,202.85 | |

✂ Please detach top portion and return with your payment. ✂

| ITEM | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| Images HL2 | • Images: Tiff Multi-Docs; Summation Loadable | 4355 | 0.25 | 1,088.75T |
| CDD | • CD Duplication | 1 | 25.00 | 25.00T |
| E-BL | • Electronic Bates Labeling: TFD008120-TFD012474 | 1 | 0.00 | 0.00 |
| Case | • Oyarzo v. TFD<br>  Tuolumne Fire Dist. Warrants<br>  2008-2012<br><br>  12/15/12 | | | |

Thank you for Your Business!
Tax ID: 30-0223504

| | |
|---|---|
| SubTotal | $1,113.75 |
| Tax (8%) | $89.10 |
| Total | $1,202.85 |

**SEIBERT & BAUTISTA**

**1395**

Legal Support Services

1/29/2013

1,202.85

SSJB Checking   Inv. # 66158 (1550)

1,202.85

Receipt: 201211001486

TUOLUMNE COUNTY CLERK

Teller: TB1 Station: 008 Drawer: 001
Date: 11/30/2012 9:55:49 AM

GENERAL PUBLIC

Paid by:
SHANNON SEIBERT

| | | |
|---|---|---|
| SEARCH FEES | $ | 13.00 |
| Amount Due | $ | 13.00 |
| Amount Received | $ | 13.00 |
| CHECK | | |
| CHECK # 2011 | | |
| Change | $ | 0.00 |
| Balance Due | $ | 0.00 |

**Northern California Spine Institute**
A Medical Corporation

Kevin C. Booth, M.D.
James D. Fontaine, M.D.
Joseph M. Grant, M.D.
James H. Rhee, M.D.
Troy Greenwell, D.O.

Date: _7/26/13_

To Whom it May Concern:

We have received your request for _____Nicholas Hart_____ and
are happy to supply you with this information. Our standard charge for this service is
$ _30.00_ for Medical Records and $ _____ for Billing Records. Please provide the
required funds. Our Tax ID number is 03-0400096. Attached is the information you have
requested.

Total funds due for services $_____30.00_____

Sincerely,

_Lynn Santos_
Lynn Santos

SCANNED

**SEIBERT & BAUTISTA**
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111
415-954-9455

Bank of America
ACH R/T 121000358

1493

11-35/1210 CA
90883

7/30/2013

PAY TO THE
ORDER OF __Northern California Spine Institute__ $ **30.00

Thirty and 00/100**************************************************************************************************** DOLLARS

Northern California Spine Institute
5725 W. Las Positas #200
Pleasanton, CA 94588

MEMO    Nicholas Hart (records)

AUTHORIZED SIGNATURE

⑈00⑈⑈493⑈

---

SEIBERT & BAUTISTA

1493

Northern California Spine Institute                7/30/2013

30.00

SSJB Checking        Nicholas Hart (records)

30.00

SEIBERT & BAUTISTA

1493

Northern California Spine Institute                7/30/2013

30.00

SSJB Checking        Nicholas Hart (records)

30.00



**Valley Document Solutions**

1724 Broadway
Fresno, CA 93721
P: 559-442-3522  F: 559-442-3562
www.virtualvds.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/1/2013 | 22022 |

**BILL TO**

Seibert & Bautista
Joe Bautista
18711 Tiffeni Drive #17-129
Twain Harte, CA  95383

| Job Number-VDS USE ONLY | | TERMS | BILLING REFERENCE |
|---|---|---|---|
| vds20679 | | Due on receipt | Hart v. Tuolumne Fire |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Black and White Printing - Tabbed per exhibit (per page) | 15,936 | 0.09 | 1,434.24T |
| - 4 sets with Exhibit and Page Numbering (ex. EX001-001) | | | |
| - 3 sets delivered to US District Court (attn: Dept 9) | | | |
| Tabs Inserted by Valley Document Solutions | 916 | 0.22 | 201.52T |
| - 4 set side # 1-229 | | | |
| Color Printing 8.5 x 11 | 8 | 0.60 | 4.80T |
| Binders - 4 inch (with Covers/Spines) | 12 | 15.00 | 180.00T |
| Binders - 3 inch (with Covers/Spines) | 16 | 10.00 | 160.00T |
| Binders - 2 inch (with Covers/Spines) | 4 | 8.00 | 32.00T |
| - PDF files with Exhibit/Page numbering made available for FTP download | | | |
| Sales Tax | | 8.225% | 165.53 |

| **Total** | **$2,178.09** |
|---|---|

The party above assures payment of this invoice within 30 days of when the
work was received.  All invoices are due upon receipt.  Interest at the lesser
1.5% per month or the maximum legal rate will be charged on invoices not
paid in 30 days.  The client agrees to pay legal fees incurred in the collection
of past due accounts.

Federal Tax Identification Number is as follows:  77-0521362

**SEIBERT & BAUTISTA**

1509

- Valley Document Solutions

11/14/2013

2,178.09

SSJB Checking

Inv. # 22022 (1550)

2,178.09

# Invoice



**Valley Document Solutions**

1724 Broadway
Fresno, CA 93721
P: 559-442-3522  F: 559-442-3562
www.virtualvds.com

| DATE | INVOICE # |
|---|---|
| 11/26/2013 | 22132 |

**BILL TO**

Seibert & Bautista
Joe Bautista
18711 Tiffeni Drive #17-129
Twain Harte, CA  95383

| Job Number-VDS USE ONLY | TERMS | BILLING REFERENCE |
|---|---|---|
| vds20778 | Due on receipt | Hart v. Tuolumne Fire |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Black and White Printing - Tabs per Document (per page) | 3,986 | 0.09 | 358.74T |
| Color Printing 8.5 x 11 | 4 | 0.60 | 2.40T |
| Tabs Inserted by Valley Document Solutions | 229 | 0.22 | 50.38T |
| Binders - 2 inch | 1 | 8.00 | 8.00T |
| Binders - 3 inch | 4 | 10.00 | 40.00T |
| Binders - 4 inch | 3 | 15.00 | 45.00T |
| Sales Tax | | 8.225% | 41.50 |

| **Total** | $546.02 |
|---|---|

The party above assures payment of this invoice within 30 days of when the
work was received.  All invoices are due upon receipt.  Interest at the lesser
1.5% per month or the maximum legal rate will be charged on invoices not
paid in 30 days.  The client agrees to pay legal fees incurred in the collection
of past due accounts.

Federal Tax Identification Number is as follows:  77-0521362

**SEIBERT & BAUTISTA**

Valley Document Solutions

12/26/2013

1549

546.02

SSJB Checking

Inv. 22132 (1550)

546.02