


FILED
JAN 6 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BENJAMIN OYARZO,

        Plaintiff,

vs.

TUOLUMNE FIRE DISTRICT, et al,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:11-cv-01271-SAB

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF BENJAMIN OYARZO in actual damages in the amount of $12,345.67 and liquidated damages in the amount of $12,345.67 for a total amount of $24,691.34 against DEFENDANT TUOLUMNE FIRE DISTRICT.

DATED:  January 6, 2014

                          MARIANNE MATHERLY, Clerk

                          By: _____
                                  Deputy Clerk