*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

NICHOLAS HART,                                  1:11-cv-01271-SAB

                        Plaintiff,       **AMENDED JUDGMENT IN A CIVIL**
vs.                                      **ACTION**

TUOLUMNE FIRE DISTRICT, et al.,
                        Defendants.
_____/

        JURY VERDICT:      This action came before the Court for a trial by jury.  The
issues have been tried and the jury has rendered its verdict.

        Judgment in this action is entered in favor of PLAINTIFF NICHOLAS HART
and against DEFENDANT KENNETH HOCKETT on Plaintiff Hart's First Amendment claim
as indicated in Special Verdict Documents 219 and 220.  Judgment in this action is entered in
favor of DEFENDANT TUOLUMNE FIRE DISTRICT and DEFENDANT POWERS and
against PLAINTIFF HART on all remaining claims.

DATED:  January 15, 2014

                                MARIANNE MATHERLY, Clerk


                                By: /s/ S. Arellano_____
                                        Deputy Clerk