# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS,<br><br>　　　　　　　　Defendants. | Case No.  1:11-cv-01271-SAB<br><br>ORDER GRANTING PLAINTIFF HART'S MOTION TO AMEND JUDGMENT<br><br>(ECF No. 272) |

　　　　A jury trial commenced in this action on December 3, 2013.  Following the presentation of evidence and closing argument by the parties, the jury returned verdicts for Plaintiff Oyarzo and against Defendant Tuolumne Fire District in the amount of $12,345.67 for failure to pay all wages in violation of the Fair Labor Standards Act; and for Plaintiff Hart and against Defendant Kenneth Hockett in the amount of $290,767,00 for retaliation in violation of the First Amendment and punitive damages in the amount of $1.00, and against Defendant Tuolumne Fire District for threatening Plaintiff Hart with punitive action during an investigation in violation of the California Firefighter's Procedural Bill of Rights.

　　　　On January 15, 2014, an amended judgment was entered and due to administrative error the judgment against Defendant Tuolumne Fire District was not reflected in the judgment.  On February 12, 2014, Plaintiff filed a motion to amend the judgment in this action to reflect the

1

jury's verdict against Defendant Tuolumne Fire District for violation of the Firefighter's Procedural Bill of Rights. (ECF No. 272.)

The Court finds that it is unnecessary to wait for Defendant to file a response prior to addressing the motion to amend the judgment. Further, the motion is suitable for decision without a hearing and the hearing date of March 19, 2014, is vacated.

The jury returned a verdict finding that Defendant Tuolumne Fire District violated Plaintiff Hart's rights under the Firefighter's Procedural Bill of Rights. Plaintiff Hart's motion to amend the judgment is GRANTED and the judgment shall be amended accordingly.

IT IS SO ORDERED.

Dated: **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE