



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NICHOLAS HART,

        Plaintiff,

vs.

TUOLUMNE FIRE DISTRICT, et al.,

        Defendants.

1:11-cv-01271-SAB

**SECOND AMENDED JUDGMENT IN A CIVIL ACTION**

        JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        Judgment in this action is entered in favor of PLAINTIFF NICHOLAS HART and against DEFENDANT KENNETH HOCKETT on Plaintiff Hart's First Amendment claim. Plaintiff Hart is awarded $1.00 in nominal damages and $1.00 in punitive damages for the violation of his First Amendment rights with post-judgment interest to accrue pursuant to 28 U.S.C. § 1961.

        Judgment is entered in favor of PLAINTIFF NICHOLAS HART and against DEFENDANT TUOLUMNE FIRE DISTRICT on Plaintiff Hart's Firefighter's Procedural Bill of Rights claim as indicated in Special Verdict Document 219.

        Judgment in this action is entered in favor of DEFENDANT TUOLUMNE FIRE DISTRICT and DEFENDANT POWERS and against PLAINTIFF HART on all remaining claims.

DATED: February 25, 2014

                                            MARIANNE MATHERLY, Clerk

                                            By: _____
                                                     Deputy Clerk