UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>            Plaintiffs,<br>  vs.<br><br>TUOLUMNE FIRE DISTRICT (A.K.A. "TUOLUMNE FIRE PROTECTION DISTRICT"); KENNETH HOCKETT, TONEY POWERS,<br><br>            Defendants. | **2:11-cv-01271-SAB**<br><br>ORDER ON STIPULATION RE AMENDMENT OF PLAINTIFF NICHOLAS HART'S BILL OF COSTS AND SUBSEQUENT FILINGS<br><br>(ECF No. 292) |

      Pursuant to the stipulation between Plaintiff Hart and Defendants Hockett and Tuolumne Fire District, Plaintiff Hart's bill of costs filed January 2, 2014, and all subsequent related documents are HEREBY AMENDED to include Defendant TFD. (ECF Nos. 234, 238, 244, 249, 252, 270, 279, 284.)  The bill of costs filed March 4, 2014, is STRICKEN FROM THE RECORD.  Plaintiff Hart shall file his supplement to address the differences between those costs sought against Defendant Hockett and Defendant TFD in the motion to review the Clerk's taxation of costs by noon on March 13, 2014, and Defendants Hockett and TFD shall file their reply by noon on March 20, 2014.

IT IS SO ORDERED.

Dated: **March 11, 2014**

                                    UNITED STATES MAGISTRATE JUDGE