# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>  Plaintiffs,<br><br>  v.<br><br>TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS,<br><br>  Defendants. | Case No.  1:11-cv-01271-SAB<br><br>ORDER VACATING MARCH 21, 2014 HEARING AND REQUIRING DEFENDANT HOCKETT TO FILE SURREPLY<br><br>(ECF No. 294) |

Currently pending before the Court are Plaintiff Hart and Oyarzo's motions for taxation of costs, Plaintiff Oyarzo's motion for attorney fees, and Plaintiff Hart's renewed motion for attorney fees.  (249, 251, 253, 275, 276, 277.)  The Court has reviewed the pleadings filed and finds that the motions are suitable for decision without a hearing.  Accordingly, the hearing set for March 21, 2014, at 10:00 a.m. is vacated and the parties are not required to appear.[1]

On March 5, 2014, Defendant Hockett filed an opposition to Plaintiff Hart's renewed motion for attorney fees contending that Plaintiff Hart is not entitled to attorney fees on the ground that he was only awarded nominal damages.  (ECF No. 289.)  Plaintiff Hart filed a reply on March 12, 2014, arguing that he also received "other tangible results" since Defendant TFD

---

[1] The deadline for Defendant TFD to file the response to Plaintiff Hart's supplement remains as previously set in this action.

1 agreed to remove two disciplinary letters from his personnel file and a public goal was
2 accomplished to entitle him to receive attorney fees.  (ECF No. 294.)

3      Defendant Hockett shall file a surreply to respond to Plaintiff Hart's arguments that other
4 tangible results were obtained and a public goal was accomplished on or before March 24, 2014.
5 Since Plaintiff bears the burden on the motion for attorney fees, Plaintiff may file a reply to the
6 surreply on or before March 28, 2014.  After the parties have completed their briefing, if the
7 Court determines that a hearing is necessary to address these limited issues a hearing will be set
8 at the convenience of the parties.

IT IS SO ORDERED.

Dated: **March 17, 2014**

UNITED STATES MAGISTRATE JUDGE