# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>          Plaintiffs,<br><br>     v.<br><br>TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS,<br><br>          Defendants. | Case No. 1:11-cv-01271-SAB<br><br>ORDER VACATING APRIL 23, 2014 HEARING DATE |

On March 25, 2014, Plaintiff Hart filed a motion to amend the judgment or in the alternative for a new trial. (ECF No. 301.) Defendant Hockett filed an opposition on April 9, 2014. (ECF No. 304.) Plaintiff Hart filed a reply on April 16, 2014. (ECF No. 306.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on April 23, 2014 at 10:00 a.m. in Courtroom 9 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **April 17, 2014**

UNITED STATES MAGISTRATE JUDGE

1