# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS,<br><br>　　　　Defendants. | Case No. 1:11-cv-01271-SAB<br><br>ORDER SETTING STATUS CONFERENCE FOR JANUARY 27, 2016 |

On December 28, 2015, the Ninth Circuit issued a memorandum remanding this action, the mandate issued on January 21, 2016.  (ECF Nos. 336, 337.)  Accordingly, it is HEREBY ORDERED that a status conference is set for January 27, 2016, at 9:00 a.m. in Courtroom 9 for the purpose of addressing the status of the action and setting a briefing schedule and/or future dates.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1