1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

8

9   BENJAMIN C. OYARZO, NICHOLAS          )  CASE NO. 1:11-cv-01271-SAB
    HART,                                 )
10                                        )  ORDER GRANTING STIPULATED
                                          )  REQUEST TO EXTEND DISCOVERY
11              Plaintiffs,               )  CUTOFF AND DEADLINE TO FILE
         vs.                              )  DISPOSITIVE MOTIONS
12                                        )
    TUOLUMNE FIRE DISTRICT (A.K.A.         )
13  "TUOLUMNE FIRE PROTECTION             )
    DISTRICT") and KENNETH HOCKETT,       )
14                                        )
                                          )
15              Defendants.               )
                                          )
16  _____ )

17

18        Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Amended

19  Scheduling Order filed January 27, 2016 is AMENDED as follows:

20        Discovery Cutoff                      Friday, June 17, 2016

21        Dispositive Motion Deadline           Monday, July 18, 2016

22

23  IT IS SO ORDERED.

24  Dated:   **May 24, 2016**          _____
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

_____