# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN C. OYARZO and NICHOLAS HART,<br><br>Plaintiffs,<br><br>v.<br><br>TUOLUMNE FIRE DISTRICT, KENNETH HOCKETT, and TONEY POWERS,<br><br>Defendants. | Case No. 1:11-cv-01271-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 344) |

On June 13, 2016, the parties filed a notice of settlement. Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1