1  **MAYALL HURLEY**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   J. ANTHONY ABBOTT, ESQ.
4  CA State Bar No. 083975

5  Attorneys for Defendants,
   TUOLUMNE FIRE DISTRICT and
6  KENNETH HOCKETT,

7                              **UNITED STATES DISTRICT COURT**

8                                    **EASTERN DISTRICT**

9  BENJAMIN C. OYARZO, NICHOLAS HART, )  **Case No: 1:11-CV-01271-LJO-DLB**
                                       )
10         Plaintiff,                  )  **STIPULATION AND ORDER FOR**
                                       )  **DISMISSAL OF ENTIRE ACTION WITH**
11                                     )  **PREJUDICE**
                                       )
12 vs.                                 )
                                       )
13 TUOLUMNE FIRE DISTRICT (A.K.A.      )
   "TUOLUMNE FIRE PROTECTION           )
14 DISTRICT") and KENNETH HOCKETT      )
                                       )
15         Defendants.                 )
                                       )

16

17         Pursuant to FRCP 41(a), plaintiffs BENJAMIN C. OYARZO (Oyarzo) and NICHOLAS

18 HART (Hart), and defendants TUOLUMNE FIRE DISTRICT (TFD) and KENNETH

   HOCKETT (Hockett), by and between their respective attorneys of record, do hereby stipulate as

19 follows:

20         1.      Oyarzo and TFD have settled all claims possessed by either against the other

21 arising out of Oyarzo's employment with TFD, the termination of such employment, or this

22 action, and have executed a written settlement and mutual release of all claims (the Oyarzo

23 Release).

24         2.      Oyarzo acknowledges receipt of all monies to be paid to him pursuant to the

25 Oyarzo Release.

26         3.      Hart, TFD, and Hockett have settled all claims possessed by Hart against TFD

27 and/or Hockett and by TFD and/or Hockett against Hart arising out of Hart's employment with

28

Page 1
Stipulation And Order For Dismissal Of Entire Action With Prejudice

TFD, the termination of such employment, or this action, and have executed a written settlement and mutual release of all claims (the Hart Release).

4. Hart acknowledges receipt of all monies to be paid to him pursuant to the Hart Release.

5. This entire action, and all claims and causes of action currently pending herein, shall be dismissed with prejudice.

6. The parties to this action each shall bear his or its own attorney's fees and costs of suit.

DATED: June 28, 2016        SEIBERT & BAUTISTA

By  /s/ Shannon Seibert
        SHANNON SEIBERT, Attorneys for
        Benjamin C. Oyarzo and Nicholas Hart

DATED: June 28, 2016        MAYALL HURLEY, P.C.

By  /s/ J. Anthony Abbott
        J. ANTHONY ABBOTT, Attorneys for Tuolumne
        Fire District and Kenneth Hockett

### ORDER

The stipulation of the parties having been considered, and good cause appearing therefor,

IT IS ORDERED, that this entire action, including all pending claims and causes of action, shall be and is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, that each party shall bear his or its own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated:  **June 29, 2016**            /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE